## CONSENT TO JOIN COLLECTIVE ACTION
(Collier Anesthesia, PA, Wolford College, LLC, Thomas L. Cook, and Lynda M. Waterhouse)

I am a current or former employee of Collier Anesthesia, PA, Wolford College, LLC, Thomas L. Cook, and Lynda M. Waterhouse. I hereby consent to be a plaintiff in this Fair Labor Standards Act case. I consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid overtime, minimum wage violations, liquidated damages, attorney's fees, costs and any other relief) against the above defendants.

I understand that this lawsuit is being brought as a collective actions pursuant to the Fair Labor Standards Act of 1938, as amended 29 U.S.C. § 201, *et seq*. I hereby consent, agree, and opt-in to become a party plaintiff herein and agree to be bound by any adjudication of this Court. I further agree to be bound by any collection action-settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

Signature: *[signature]*
Printed Name: STEPHANIE A.M. BENJAMIN
Date: 7/13/2012