

### H. Clinical Affiliation Sites

Wolford College has two main clinical affiliation hubs. These hubs are subject to change based on educational needs. Nurse anesthesia students shall rotate to either:

1. **Naples Clinical Sites**:

   A. Naples
      - a. Naples Community Hospital, Naples, Florida
      - b. North Collier Hospital, Naples, Florida
      - c. North Collier Hospital, The Birthing Place, Naples, Florida
      - d. Preadmissions Center, Naples, Florida
      - e. Naples Day Surgery Centers, North and South, Naples, Florida
      - f. Bonita Springs Day Surgery, Bonita Springs, Florida

   B. Lehigh Acres
      - a. Lehigh Regional Medical Center, Lehigh Acres, Florida

   C. Sebring
      - a. Highlands Regional Medical Center

2. **North Tampa Clinical Sites:**

   A. Spring Hill Regional Hospital, Spring Hill, Florida
   B. Brooksville Regional Hospital, Brooksville, Florida
   C. Heart of Florida Regional Medical Center, Haines City, Florida
   D. Tampa Bay Surgery Center, Tampa, Florida
   E. All Saints Surgery Center, SpringHill, Florida
   F. Bartow Regional Medical Center, Bartow, Florida

© Wolford College Student Handbook
Created: 12/20/04 Revised: 1/2010

**Exhibit I**

    G. Regional Medical Center Bayonet Point, Hudson, FL
    H. Oak Hill Hospital Brooksville, FL
3. **Columbus, Georgia Clinical Site:**
    A. St Francis Hospital

### I. Pagers and Radios

1. **Naples Clinical Site**

Collier Anesthesia P.A. (CAPA) provides pagers for all Naples and Bonita Springs clinical sites. All students must carry a pager provided by Collier Anesthesia. If the pager is lost or damaged, the student shall be charged a $75 replacement fee.

Collier Anesthesia, P.A. has invested in two-way radios for immediate anesthesiologist availability. Radios should be picked up and turned on at the beginning of the shift.

Because radio communication can be overheard, **never** use patient names. Indicate a room number for location. If you need to talk to the anesthesiologist privately provide the phone number of the location. Maintain chatter to a minimum. The radio is a tool not a toy. At the end of shift, please shut off the radio and return it to the charger.

2. **North Tampa Clinical Site**

North Tampa Anesthesia Consultants (NTAC) provides pagers to the students at their clinical sites. If the pager is lost or damaged, the student shall be charged a $75 replacement fee.

North Tampa Anesthesia Consultants have purchased two-way radios for immediate anesthesiologist availability. Radios should be picked up and turned on at the beginning of the shift.

Because radio communication can be overheard, **never** use patient names. Indicate a room number for location. If you need to talk to the anesthesiologist privately provide the phone number of the location. Maintain chatter to a minimum. The radio is a tool not a toy. At the end of shift, please shut off the radio and return it to the charger.

### J. Hospital Incident Reports

If requested by hospital staff to write an incident report you must notify the school and your attending anesthesiologist for that day. It is expected that the report will be reviewed and signed by the attending anesthesiologist.

If a student has a needle stick, exposure, or an incident with a patient, etc, the event must be reported in writing to Wolford College within one (1) business day. Students and their health insurance are responsible for any charges incurred as a result of an injury, etc.