UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY SCHUMANN, and DUSTIN ABRAHAM,
ON BEHALF OF THEMSELVES AND OTHERS
SIMILARLY SITUATED,

    Plaintiffs,

vs.                                    CASE NO.: 2:12-cv-347-FtM-29SPC
                                        COLLECTIVE ACTION

COLLIER ANESTHESIA, P.A., a Florida
corporation, WOLFORD COLLEGE, LLC, a
Florida limited liability company, THOMAS L.
COOK, an individual, and LYNDA M.
WATERHOUSE, an individual,

    Defendants.
_____/

## AFFIDAVIT OF LESLIE HUSSEY, PhD, RN

Before me the undersigned authority, personally appeared Leslie Hussey, PhD, RN who being duly sworn, deposes and states as follows:

1. My name is Leslie Hussey, and I am over the age of 18 years and otherwise competent to testify as to the matters herein.

2. The facts in this Affidavit are based upon my personal knowledge.

3. I was employed by Wolford College, LLC ("Wolford") from June 30, 2003 through August 31, 2012 during which time my job title was Director of Academic Education, Director of Program Development, and Associate Director of Doctoral Education, respectively. My CV is attached as Exhibit "1," and incorporated herein.

4. As faculty at Wolford, I assisted in the design of Wolford's curriculum for nurse anesthesia students and I have knowledge of how the curriculum is supposed to be implemented.

Page 1 of 3

**Exhibit A**

5. With respect to the clinical portion of Wolford's curriculum, the intent of the program is to have students obtain their clinical experience during their last four semesters in the program.

6. During the first three (3) semesters of clinical experience, the intent is for students to have forty (40) hours of clinical experience based on five (5) graduate credits per semester at a ratio of eight (8) clinical hours to one (1) hour of graduate credit. In other words, during the first three (3) semesters of clinical experience, the students are supposed to receive five (5) credits per semester for forty (40) hours of clinical work for each week of the semester.

7. During the last clinical course/semester, the intent is for students to have thirty-two (32) hours of clinical experience based on four (4) graduate credits per semester at a ratio of eight (8) clinical hours to one (1) hour of graduate credit. In other words, during the last clinical course/semester the students are supposed to receive four (4) credits per semester for thirty-two (32) hours of clinical work for each week of the semester. This is because during this semester there is an additional didactic (non-clinical) three (3) credit hour course which students are required to take.

8. Despite Wolford's curriculum, during the students' final semester of clinical experience, Wolford did not honor the above ratio in the clinical assignments.

9. On multiple occasions, I discussed with Dr. John Nolan, the Dean of Wolford and a Collier Anesthesia physician, the design of Wolford's curriculum and that students were only supposed to have thirty-two (32) hours of clinical experience per week during their final semester. His response to me was always that the students needed to be at "work" because they were seniors and because the students were needed in the clinical area.

10. Further, I participated in the exit interviews with all graduating classes from Wolford from 2007 through the class of 2011B (which graduated in February 2012). Each year

multiple students would come to me to state that they were verbally abused by certain physicians at Collier Anesthesia, and at times experienced inappropriate physical contact from the certain physicians at Collier Anesthesia. I would report what I heard to Wolford's program director, Dr. Lauren Corder. I do not know what she did with the information. I do know that verbal abuse and inappropriate physical contact in any setting is not part of any acceptable academic curriculum that I am aware of.

AFFIANT FURTHER SAYETH NAUGHT.

LESLIE HUSSEY, PhD, RN

STATE OF FLORIDA        )
                        ) SS:
COUNTY OF COLLIER       )

The foregoing instrument was sworn to and subscribed before me this 19th day of October 2012, by Leslie Hussey who is personally known to me and who did take an oath.

NOTARY SEAL:



Notary Public

Initiated: 6-91
Updated: 10-12

Curriculum Vitae

**Leslie C. (Trischank) Hussey**

Personal Information
Address: ▓▓▓▓▓▓

Home Telephone: ▓▓▓▓▓▓
Preferred Contact#: Cell: ▓▓▓▓▓▓
Business Telephone: ▓▓▓▓▓▓
Licensure: Florida, North Carolina, Texas (Inactive)
▓▓▓▓▓▓

## Education

| | | | |
|---|---|---|---|
| Ph.D. | University of North Texas<br>Denton, Texas | Higher Education<br>Major: Administration<br>Minor: Gerontology | 1989 |
| M.S. | Northern Illinois Univ.<br>DeKalb, Illinois | Cardiovascular Nursing | 1979 |
| B.S.N. | Purdue University<br>Calumet Campus<br>Hammond, Indiana | Nursing | 1977 |
| A.D.N. | Purdue University<br>Calumet Campus<br>Hammond, Indiana | Nursing | 1975 |

## Professional Experience

Experience in Education

9/12 to present   Walden University
                  Contributing Faculty

2/10 to 8/12     Associate Director of Doctoral Education & Professor
                 Wolford College, Naples, FL.                              FT

- Responsible for oversight of the post Master's DNAP including:

**Exhibit 1**

Leslie C. (Trischank) Hussey

- Developed, received accreditation and licensure for Post master's Doctor of Nurse Anesthesia Practice (DNAP) curriculum (2010).
- Taught 4 courses in the DNAP curriculum including research, leadership, health policy and co-teach quality outcomes
- Chair Capstone (scholarly project) committees
- Proficient at teaching on-line (MOODLE) in a variety of topics such as research, leadership, advanced roles or clinically focused content in pathophysiology. but (have also taught in Web CT and ANGEL)
- Taught in Master of Science program: health policy, research and professional aspects & pathophysiology

| Dates | Position | Institution | Status |
|---|---|---|---|
| 8/08 to 2/10 | Director of Program Development | Wolford College | FT |

- Developed plan for instituting on-line Doctor of Nurse Anesthesia Practice
- Chaired Curriculum Committee
- Administrated College Program Effectiveness Plan

| 6/03-7/08 | Director, Academic Education Professor | Wolford College/Norman R. Wolford School of Nurse Anesthesia | FT |

- Assisted with the overall program evaluation, strategic planning and accreditation *and licensure.*
- Prepared course, didactic instructor, clinical preceptor & clinical site evaluations for distribution via software data base
- Prepared reports for all evaluations, presents to appropriate committees, provides Program Director & Dean with feedback
- Oversaw yearly evaluation process of program according to COA criteria

| Dates | Institution | Position | Status |
|---|---|---|---|
| 1/97 -6/03 | University of North Carolina at Charlotte<br><br>Tenured | *Chair & Associate Professor*<br>Department of<br>Adult Health Nursing<br>July 1, 2001 | FT |
| 5/95-12/96 | Baylor University School of Nursing Dallas, TX | Associate Professor | FT |
| 1/90-5/95 | Baylor University School of Nursing Dallas-Waco, TX | Assistant Professor | FT |
| 1994 | | Tenured | |
| 1984-1986 | University of Texas at Arlington | Medical-Surgical Specialist | FT |

2

|  |  |  |  |
|---|---|---|---|
|  | Arlington, TX |  |  |
| 1982-1984 | Harris College of Nursing<br>Texas Christian University<br>Ft. Worth, TX | Assistant Professor | FT |
| 1979-1982 | Northern Illinois Univ.<br>DeKalb, IL | Instructor | FT |

Experience Other Than Education (Partial List)

|  |  |  |  |
|---|---|---|---|
| 2/87-1/90 | Parkland Memorial Hospital<br>Dallas, TX | Patient Education Coordinator/ICU | FT |
| 6/86-2/87 | South Arlington Medical Center<br>Arlington, TX | Nurse Educator | FT |
| 6/84-'86 | HEB Hospital<br>Bedford, TX | Critical Care Pool | PT |

**Certifications:**
ACLS Instructor October 2009 to present
BLS Instructor October 2009 to present
PALS Instructor April 2010 to present
CCNE Site Reviewer: August, 2000

**Publications, Research and Other Scholarly Activities**

Journals

**Hussey, L.** (in press). Understanding the Complexities of Alcoholism and Treatment. Invited publication for *Care Management Journal*.

Ortega, K, **Hussey, L.**, & Austin, P. Predicting Success: An Evidence-Based Review of Nurse Anesthesia Program Admission Criteria. accepted for publication 3-14, 2012 by *AANA Journal*.

**Hussey, L** Prompt Identification and Proper Treatment to Improve Patient Survival in Hypovolemic Shock (Fall, 2011) *Nurse Consult*.

**Hussey, L.** Transitional Care Update (2010, Summer) *Nurse Consult*
**Hussey, L.** Alcoholism: Update (2008, Summer) *Nurse Consult*
**Hussey, L.** Abdominal Trauma: Update (2010/2008, Spring), *Nurse Consult*
**Hussey, L.** Pulmonary Embolus: Update (2010/2008, Spring) *Nurse Consult*
**Hussey, L.** Seizures: Update (2010/2008, Spring) *Nurse Consult*
**Hussey, L.** Hypovolemic Shock: Update. (2007, Sept). *Nurse Consult*

3

Leslie C. (Trischank) Hussey

**Hussey, L.** Hypovolemic Shock: Update. (2005, Nov). *Nurse Consult*

Steele, L., Mills. B., Hardin, S. and **Hussey, L.** (2005). The Quality of Life of Hospice Patients: The Relationship of Symptom Distress to the Quality of Life of Hospice Patients *American Journal of Hospice and Palliative Care* .22(2): 1-16.

**Hussey, L**, & Hardin, S. (Jan/Feb 2005). Comparison of Characteristics of Heart Failure by Race and Gender. *Dimensions of Critical Care Nursing*. 24(1): 41-46.

Hardin, S. **Hussey, L.** Steele, L. (2003). Spirituality as Integrality among Chronic Heart Failure Patients: A Pilot Study. *Visions: The Journal of Rogerian Nursing Science*. 11(1): 43-53

**Hussey, L**. & Hardin S. (2003) Sex Related differences in Heart Failure. *Heart & Lung*.(32)4: 215-225. (CEU article).

Hardin, S. & **Hussey, L.** (2003). The Synergy Model: A Case Study of an Ambulatory CHF Clinic Client *Critical Care Nurse*. 23(1): 73-76.

**Hussey, L.**, Hardin, S., Blanchette, C. (2002). "Outpatient costs of medications for patients with chronic heart failure" American Journal of Critical Care 11(5): 474-478.

Hardin S. and **Hussey, L. (2001).** The Unitarian Concept of Clinical Inquiry. *Critical Care Nursing* (April).p. 88-91.

Troutman, S. **Hussey, L.** Hynan, L. Lucisano, K. (2001). Sternal Wound Infection Prediction Scale: A Test of the Reliability and Validity." *Nursing and Health Sciences* 3(1): 1-8.

**Hussey, L.** Leeper, B. & Hynan, L. (2001).Risk factors for sternal wound infection in men and women. *American Journal of Critical Care*. 3:112-116.

Long, AB, Larsen, P. **Hussey, L.** Travis, S. (2001).Organizing, Managing, and Evaluating Service-Learning Projects. *Educational Gerontology*. 3:3-21

**Hussey,** L. Leeper, B. & Hynan,L. (1998). The Development of the Sternal Wound Infection Prediction Scale. *Heart & Lung,* 26(5):326-336.

**Hussey, L.** & Leeper, B. February, 1998. Sternal Wound Infection; A Case Study of a Devastating Postop Complication. *Critical Care Nurse,*18(1):31-39.

**Hussey, L.** January, 1997. Strategies in Effective Patient Education Material Design. *Journal of Cardiovascular Nursing*, 11(2): 37-46.

**Hussey,** L. (1994).Minimizing Effects of Low Literacy on Medication Knowledge and Compliance Among the Elderly. *Clinical Nursing Research*, 3(2):132-145.

**Hussey,** L. (March 1994). Teach Your Patients Well. (Interview). *Hippocrates: Health and Medicine for Physicians*, 8(3).

**Hussey,** L. (1991). Overcoming the Clinical Barriers of Low Literacy & Medication Noncompliance Among the Elderly. *Journal of Gerontological Nursing*, (17):3: 27-29.

**Hussey, L.**, & Gilliland, K. (1989). Compliance, Low Literacy, and Locus of Control. In: Patient Education. *Nursing Clinics of North America*,24(3): 605-611.

Gilliland, K., Tosch, P., **Hussey,** L., et al. (1990, Spring). Specialty Nursing Council: A Peer Support Group for Nurses In Expanded Roles. *Clinical Nurse Specialist*, 4(1): 38-42.

**Hussey,** L. (1984). The Intraocular Implant: A Clear Way to Correct Cloudy Vision. *AORN Journal*.

4

Leslie C. (Trischank) Hussey

### Book Chapters

**Hussey L.** (2002). Biomedical Theories. In: McEwen, M. & Wills, E. Theoretical Basis for Nursing Practice, Research and Education. Lippincott Williams & Wilkins

**Hussey, L. (1993). Five** Chapters to Loftis, P. Decision-Making in Geriatric Nursing, Mosby, Inc.

**Hussey, L.**(1992). Editorial Consultant for Lohrman, T. & Kinkade, S. Competency Based Orientation for Critical Care Nursing. St. Louis: Mosby Year Book.

**Hussey, L.** (1989).Six Chapters to Gorzeman, J. Decision-Making in Medical-Surgical Nursing. Decker, Inc.

All About Chemotherapy. (1989). Contributed text of booklet written for the American Cancer Society.

### Abstracts & Reviews

Hussey, L. Abstractor for Nursing SCAN in Critical Care (review Journal of Cardiovascular Nursing). 1996 to 1998.
**Published abstracts (partial list):**
**Vol. 7(2):** Nursing grand rounds: Therapeutic touch in the coronary care unit (Steckel & King: Journal of Cardiovascular Nursing: 1996: 10 (3): 50-54.
**Vol. 7 (2):** The efficacy of relaxation response interventions with adult patients: A review of the literature (Mandle, Jacobs, Arcari & Domar. Journal of Cardiovascular Nursing. 1996: 10(3): 4-26).
**Vol. 7(2):** Having Faith: Experiencing coronary artery bypass grafting (Camp. Journal of Cardiovascular Nursing. 1996: 10(3):55-64).
**Vol. 7(2):** Public policy solutions sought for emergency care (Hamburg. Journal of Cardiovascular Nursing. 1996: 10(3):85-92).
Vol. 7(2): Early Defibrillation: Lesson learned. (O'Hearn. Journal of Cardiovascular Nursing. 1996: 10(3): 24-36).

Hussey, L. Reviewer for The American Journal of Cardiology 1999- to 2004
Hussey, L. CUCE Subject Matter Expert, Nurse Consult, Mosby *Nursing Consult,* April 2009 to 2010.

### Research

Sex related differences in Women and Men Living with Chronic Heart Failure
Development of the Sternal Wound Infection Prediction Scale (SWIPS).
Identifying Risk Factors Associated with Progression from Early to late Chronic Heart Failure
Medication Knowledge and Compliance Among the Elderly: Comparison and Evaluation of Two Teaching Methods. (Dissertation topic).

### Grants
#### Funded
Nurse Anesthesia Traineeship 2012: $92,606.00
Advanced Education Nursing Traineeship 2010-2011: $32,509.00

Nurse Anesthesia Traineeship 2010-2011:$33,288.00
Advanced Education Nursing Traineeship 2009-2010: $37,736.00
Nurse Anesthesia Traineeship 2009-2010:$31,124.00
Nurse Anesthesia Traineeship 2008-2009, $22,179.00
Advanced Education Nursing Traineeship 2008-2009: $29,832.00
Nurse Anesthesia Traineeship 2007-2008, $16,180.00
Advanced Education Nursing Traineeship 2007-2008: $16,376.00
Advanced Education Nursing Traineeship 2006-2007: $27,788.00
Advanced Education Nursing Traineeship 2005-2006 $20, 740.00
Differences in Women and Men Living with Chronic Heart Failure; Gamma Iota Chapter
    Research Award: $1000.00.
Identifying Risk Factors Association with Progression from Early to Late Chronic Heart
    Failure, UNC Charlotte Internal grant (Co-PI), $7621.00
Nurse Anesthesia Traineeship 2003-2004, $14,000
Nurse Anesthesia Traineeship 2002-2003. $50,004
Nurse Anesthesia Traineeship 2001: $29, 686.00
Nurse Anesthesia Traineeship 2000: $17,474.00
Nurse Anesthesia Traineeship 1999: $14, 700.00
Nurse Anesthesia Traineeship: 1998: $21,168.00
<u>The Use of Transcutaneous Oxygen Pulse Oximetry, and Ankle-Brachial Index Monitoring for Detecting Ischemia in Patients on the Intra-Aortic Balloon Pump</u> from Baylor
University Research Committee: $1500.00.

    <u>Approved, not funded</u>
Exploring Gender Differences in living with CHF. American Nurses Foundation Grant
    submitted May 1, 2002
<u>An Integrated Proposal: Blended Role and Administration</u>: 2000. submitted to Department of
    Health & Human Service: Advanced Nurse Education Program: $1,189,328.00
<u>Advanced Practice Nursing in Adult Chronic Care</u>: 1999. submitted to Department of Health &
    Human Service: Advanced Nurse Education Program: $494,812.00

<u>HRSA Grant Reviewer</u>
    Reviewed AENT grants July and August, 2012

    <u>Presentations</u>
Changing Practice Through Discovery: Celebrating 25 Years of Scholarship: Sigma Theta Tau
    International, Gamma Omicron Chapter-At Large/College of Nursing Medical University
    of South Carolina ."Heart failure: Risk and difference between men and women".
    March 19, 2004, Charleston, South Carolina
UNC Charlotte Annual Research Day, March 18, 2002. "Outpatient costs of medications for
    patients with chronic heart failure."
Loma Linda University, Sigma Theta Tau, Research Day, October 5, 2001, **Keynote**: Application
    of Research to Practice.
National Teaching Institute, AACN, May 23, 2001, Anaheim California. **Invited presentation**:
    The Synergy Model in Practice: Clinical Inquiry.

Radford University, Sigma Theta Tau Research Day, March 31, 2001. **Keynote**: Nursing Research Can Make a Difference: Proving the Value of your Practice.

Radford University, Sigma Theta Tau Research Day, March 31, 2001. **Keynote**: Using the Critical path as a Research Tool in Evaluating Outcomes.

UNC Charlotte Research Day, Sternal Wound Infection: Men Vs. Women: is there a Difference? March 27, 2000 (poster)

Cardiovascular Nursing into the 21st Century: University of Alabama at Birmingham, October 1999, The Development of the SWI Prediction Scale.

24th Annual Research Day, Vanderbilt University Medical Center, October, 1998. **Keynote**: Applying Research to Practice.

1st Annual Research Day, Omicron Zeta Chapter, Abilene, Texas, October, 1998. **Keynote** Applying Research to Practice.

Beta Chi Chapter of Sigma Theta Tau, Nursing Research Conference: Applying Research to Nursing Practice. March 27, 1998. **Keynote**: "The Role of Nursing Research in the Development of the Critical Path." Northwestern University, Shreveport, LA.

Who's managing Managed Care? Sponsored by Charlotte League of Women's Voter's. March 26, 1998. Charlotte, NC.

Cardiovascular Health: Looking into the 21st Century. Sponsored by University of California at San Francisco & the National Heart, Blood & Lung Institute, Poster Presentation, February 18, 1998. Development of the Sternal Wound Infection Prediction Scale.

Nu Pi, Sigma Theta Tau, &: Memorial Medical Center, Springfield, Ill. **Keynote**: Influencing Practice with Research. Keynote Speaker, February 18, 1998. Research Conference: Influencing Practice with Research.

Gamma Iota Chapter, Sigma Theta Tau, The Development of the Sternal Wound Infection Prediction Scale, November 4, 1997.

Iota Nu Chapter of Sigma Theta Tau, Nursing Research Conference: Applying Research to Nursing Practice. May 2, 1997. **Keynote**: "Influencing practice through Research." University of Texas at Tyler.

Iota Nu Chapter of Sigma Theta Tau, Induction Ceremony: **Keynote**, May 2, 1997. University of Texas at Tyler.

23rd Nursing Research Conference: Instrumentation and Intervention, Tucson, Arizona. March 22, 1996. Presented "The Development of the Sternal Wound Infection Prediction Scale."

Just Do It! June 2, 1995. Conducted small group work session and SWIPS study.

The Role of Nursing Research in the Development of the Critical Path. Presented at Parkland Memorial Hospital's Nursing Research Day, Dallas, TX, November 8, 1994.

Influencing Practice with Research. Presented to Dallas Chapter AACN, Dallas, TX, September 30, 1994.

Applying Nursing Research to Practice. Presented at "Research, Yuk!" Conference, Baylor University Medical Center, Dallas, TX, June 24, 1994.

Applying Nursing Research to Practice. Presented to the Nursing Research Committee at Zale Lipsky Hospital, May, 1994.

Hemodynamic Monitoring - Presented to Critical Care Residency, Ft. Worth Osteopathic Hospital, July, 1993.

First Aide & Safety - Presented to Texas Water Commission, Duncanville, TX, August 2, 1993.

Leslie C. (Trischank) Hussey

Application of Research Findings in the Clinical Area. Parkland Memorial Hospital, May 7, 1991.
Identifying Research Topics in the Clinical Area & Conducting a Review of the Literature. Parkland Memorial Hospital, Dallas, January 15, 1991.
Identifying Research Topics in the Clinical Area. Research Symposium sponsored by Parkland Memorial Hospital, Dallas, November 29, 1990.
Patient Education in the Critical Care Unit. June 19, 1990. Greater Midcities Chapter, AACN.
Patient Education: A Look Into the Future. May 9 & 10, 1990, Nurse Appreciation Week, Dallas, Texas.
Introduction to Research. GI Nurses' Recertification Review. Dallas, January, 1990.
Evaluation of the Teaching of Hospital Patients Followed by a Home Care Program. Home Health Conference. University of Virginia Health Sciences Center, School of Nursing, November, 1989.
Medication Knowledge and Compliance Among the Elderly. The First Annual Hogstel Gerontological Nursing Symposium. Texas Christian University, Ft. Worth, October 20, 1989.
Medication Knowledge and Compliance Among the Elderly. Clinical Research: Biophysical and Psychosocial Instrumentation. University of Arizona, Tucson, October 12, 1989.
Medication Knowledge and Compliance Among the Elderly. Sigma Theta Tau Research Conference, University of Alberta Hospital, Edmondton, Canada, May 26, 1989.
Chemotherapy Patient Education Cards. National Oncology Nursing Society: 14th Annual Congress, May, 1989, San Francisco.
Medication Knowledge and Compliance Among the Elderly. Doctoral Student Organization Conference in Conjunction with Eastern Regional Research Conference, University of Pennsylvania, April 12, 1989.
Hypertension Patient Education Class (Case Study). National Patient Education Conference. November, 1988, Atlanta.

Honors and Awards

| | |
|---|---|
| 1999 | Great 100 Nurses of North Carolina |
| 1999 | Who's Who in American Professional & Business Women |
| 1999 | Selected for Distinguished Writer, Sigma Theta Tau 99-01 biennium |
| 1995 to present | Selected for Distinguished Lecturer, Sigma Theta Tau, |
| 1993 | Nominated for Who's Who in Women |
| 1993-94 | Who's Who in American Nursing |
| 1991 | Outstanding Teacher Award for Non-tenured Faculty, Baylor University |
| 1986 | Who's Who in American Nursing |
| 1980- present | Sigma Theta Tau |

Institutional Review Board Experience

| | |
|---|---|
| 2011 | Established Wolford College IRB |

8

Leslie C. (Trischank) Hussey

| | |
|---|---|
| 2001 to 2003 | University of North Carolina at Charlotte IRB Member |
| 1994 to 1996 | Baylor University Medical Center IRB Member |
| 1987 to 1989 | Director of Nursing Research & IRB Member Parkland Memorial Hospital UT Southwestern Medical Center |

**Professional and Community Activities**

<u>Memberships in Professional Organizations</u>

| | |
|---|---|
| August 2002 to 2003 | Council on Cardiovascular Nursing, American Heart Association |
| November, 2002 to 2009 | Collateral Reviewer: Sigma Theta International |
| 1978 to present | American Association of Critical Care Nurses |
| 2000- 2003 | National Gerontological Nurses' Association |
| 2001- 2003 | Southern Nurses Research Association |

| | | |
|---|---|---|
| 2002-2009 | Abstract Reviewer | Sigma Theta Tau International |
| 2001-2003 | Member | National NGNA Annual Conference Planning Committee |
| 2001-2003 | Nominating Committee | Gamma Iota chapter, Sigma Theta Tau International |
| 1999-2001 | President | Gamma Iota chapter, Sigma Theta Tau International |
| 2000 | Charter Member | NGNA UNC Charlotte Chapter |
| 1997-1999 | President-Elect | Gamma Iota Chapter, Sigma Theta Tau |
| 1995-96 | President-Elect | Eta Gamma Chapter, Sigma Theta Tau |
| 1994-96 | Secretary | Eta Gamma Chapter Sigma Theta Tau |
| 1992-94 | Counselor | Eta Gamma Chapter Sigma Theta Tau |
| 1987- 1990 | Member & Consultant | Parkland Memorial Hospital Nursing Research Committee |
| 1990- 1994 | Charter Managing Editor, Newsletter | Greater Midcities Chapter, Member & American Association of Critical Care Nurses |
| 1991-93 | Secretary | Greater Midcities Chapter, American Association of Critical Care Nurses |

**Community Activities**

<u>Professional</u>

| | |
|---|---|
| 2010 to present | President BOD, Early Learning Center, Peace Lutheran Church, Naples, Fl |
| 2002-2003 | Board member, Regional Blood Board, American Red Cross |
| 2001-2003 | Education Task Force, Piedmont Regional Chapter, Alzheimer's Association |

9

Leslie C. (Trischank) Hussey

| | |
|---|---|
| 1999-2001 | Board member, Alzheimer's Association |
| 1997-2000 | Education Task Force Chair, Alzheimer's Association |
| 1980-2003 | CPR Instructor American Heart Association |