Meeting with
May 3, 2012 @
Wolford College: Conference Room with John Nolan, MD & Brian Mears, MS, CRNA, ARNP

Issues:
- Ms. ▉▉▉▉▉ was assigned a library day for 0700-1500 hrs. She signed out at 1430, but wrote 1500 in the sign-out block.

Discussion:
- Dr. Nolan: when you write something down make sure it is accurate. Think as though you are always being watched. I am trying to give you friendly advice. Signing out early shows a lack of professionalism and honesty. You must communicate with your future employer. In the real world you need to accurately communicate. Your word is your bond. Also, you are getting ready to graduate and I understand you said you might call in a couple shifts to travel out of town. I recommend you work the shifts you are assigned and do not call in. Calling in on the last shift will result in working the following week.

- Ms. ▉▉▉▉▉: I didn't realize leaving early was a big deal. Regarding calling in, I wanted off for another interview. The scheduler said that probably will not happen since I have been off twice for two interviews.

- Dr. Nolan: Always tell the truth.

Recommendations:
- Tell the truth all the time.
- Do not call in the last shift

Outcome:
- Ms. ▉▉▉ acknowledged and agreed with the recommendations

Respectfully submitted: *Brian Mears*

Exhibit B