From: ▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓>
Date: Mon, Oct 11, 2010 at 7:49 PM
To: kortega@wolford.edu, lcorder@wolford.edu

I have been on my heart rotation for several weeks now. I stayed late today because I was the call person. I have been putting in long hours, plus call shifts for the heart rotation, and then also working regular weekend shifts at the main. Today, I was call for hearts, so at 3 pm I stayed in my heart case. Then I was pulled from hearts to go and work in the cath lab because the CRNA's were suppose to go home? I am exhausted and don't mind the rotation and understand the call shift being part of the rotation, but I do not feel like it was right to pull me out of a heart case to work for the main.

I was not able to complete my heart case.



Schumann 775

Exhibit C