UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**BILLY SCHUMANN, and DUSTIN ABRAHAM, on behalf of themselves and others similarly situated,**

      **Plaintiffs,**

v.                                      Case No: 2:12-cv-347-JES-SPC

**COLLIER ANESTHESIA, P.A. a Florida corporation, WOLFORD COLLEGE, LLC, a Florida limited liability company, THOMAS L. COOK, an individual, and LYNDA M. WATERHOUSE, an individual,**

      **Defendants.**
_____/

**PLAINTIFFS' AMENDED CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, by and through the undersigned attorneys, hereby file this amended Certificate of Interested Persons and Corporate Disclosure Statement and disclose the following additional interested persons pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

      Kwall, Showers & Barack, P.A.

      Ryan D. Barack

      Michelle Erin Nadeau

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

/s/ Ryan D. Barack
**Ryan D. Barack**
Florida Bar No. 0148430
Primary: rbarack@ksblaw.com
Secondary: jackie@ksblaw.com
**Michelle Erin Nadeau**
Florida Bar No. 0060396
Primary: mnadeau@ksblaw.com
Secondary: jackie@ksblaw.com
**Kwall, Showers & Barack, P.A.**
133 North Fort Harrison Avenue
Clearwater, Florida 33755
(727) 441-4947
(727) 447-3158 Fax
Co-Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the  7th  day of December 2012, a copy of the foregoing has been furnished via the CM/ECF system to all counsel of record.

/s/ Ryan D. Barack
**Attorney**