```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

BILLY SCHUMANN, DUSTIN ABRAHAM, on behalf of themselves and others similarly situated, LAUREN TIDWELL, JEANIE HAKENEWERT, STEPHANIE ALANA MARIE BENJAMIN, CHRISTOPHER M. BOURN, DEREK WHITE, RICHARDO ROSADO, LANNETTE GIBSON, DANIEL PENTON, DENISE ARMINIO, OFELIA BIAGAN, SHEILA SMITH, CELINE VIDAURRI, CHRISTINA VINAS, RICARDO ROSADO, PATRICK C. HARRELL, RACHEL GOODE, JAMIESON WISHMAN, PAUL CALOIAN, JESSICA LINCOLN, and CHRISTOPHER JALACKI

      Plaintiffs,

v.   Case No: 2:12-cv-347-FtM-29UAM

COLLIER ANESTHESIA, P.A., a Florida corporation, WOLFORD COLLEGE, LLC, a Florida limited liability company, THOMAS L. COOK, an individual, and LYNDA M. WATERHOUSE, an individual,

      Defendants.

---

**ORDER**

This matter comes before the Court on plaintiffs' Motion for Case Management Conference Before the Court and/or For Entry of Amended Case Management and Scheduling Order (Doc. #126)

filed on September 26, 2013. Defendants filed a Response (Doc. #128) on October 4, 2013.

On January 28, 2013, the Court issued a Case Management and Scheduling Order (Doc. #87) establishing certain deadlines. On February 21, 2013, the Court issued an Opinion and Order (Doc. #91) granting conditional certification and directing the parties to submit an Amended Case Management Report in light of the deadlines established for notification to potential class members. On March 5, 2013, the Court denied defendants' request for a preliminary pretrial conference, and on March 11, 2013, the parties filed unilateral Case Management Reports (Docs. ## 96, 97). The parties were unable to reach an agreement as to the appropriate deadlines for this case, and remain unable to agree on deadlines.

Plaintiffs seek a case management conference because the parties are unable to agree to appropriate deadlines, and the Court has otherwise not issued a new scheduling order. In response, defendants state that the original deadlines are adequate but they are now willing to accept the adjusted deadlines proposed unilaterally by plaintiffs in March 2013. (Doc. #128, ¶ 7.) As the parties have now reached an agreement that will not require Court intervention, the motion will be denied and an amended scheduling order issued. The proposed

deadline to amend or alter pleadings has expired. The Court will extend the deadline through October 18, 2013.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiffs' Motion for Case Management Conference Before the Court and/or For Entry of Amended Case Management and Scheduling Order (Doc. #126) is **DENIED**.
2. The Clerk shall issue an amended scheduling order using the dates proposed by plaintiffs in their Unilateral Case Management Report (Doc. #96).

**DONE and ORDERED** at Fort Myers, Florida, this ___8th___ day of October, 2013.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record