UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY SCHUMANN, an individual, and
DUSTIN ABRAHAM, an individual, ON
BEHALF OF THEMSELVES AND OTHERS
SIMILARLY SITUATED,

      Plaintiffs,

v.                           Case No. 2:12-cv-00347-JES-SPC

COLLIER ANESTHESIA, P.A., a Florida
corporation, WOLFORD COLLEGE, LLC, a
Florida limited liability company, THOMAS L.
COOK, an individual, and LYNDA M.
WATERHOUSE, an individual,

      Defendants.           `
_____/

## AMENDED NOTICE OF MEDIATION

Defendants Wolford College, LLC, Thomas L. Cook and Lynda M. Waterhouse,

by and through their undersigned counsel and pursuant to the Court's October 8, 2013

Amended Case Management and Scheduling Order (D.E. 130), hereby serve notice that

the parties have scheduled a Mediation Conference with Mediator James L. Nulman for

Tuesday, December 10, 2013, beginning at 1:30 p.m., at the office of Jeffrey Fridkin,

Grant, Fridkin, Pearson Athan & Crown, P.A., 5551 Ridgewood Dr., Suite 501, Naples,

Florida  34108, (239) 514-1000.

**[SIGNATURES ON FOLLOWING PAGE]**

Respectfully submitted,

FORD & HARRISON LLP

By:   /s/ Tammie L. Rattray
   Tammie L. Rattray
   Florida Bar No. 0128619
   trattray@fordharrison.com
   Robert D. Hall, Jr.
   Florida Bar No. 186760
   rhall@fordharrison.com
   Bradley R. Hall
   Florida Bar No. 0026172
   brhall@fordharrison.com

   For the Firm

   101 E. Kennedy Boulevard
   Suite 900
   Tampa, Florida 33602
   Telephone:  (813) 261-7800
   Facsimile:   (813) 261-7899

   Attorneys for the Defendants
   Wolford College LLC, Thomas L.
   Cook and Lynda M. Waterhouse

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Bradley P. Rothman
Weldon & Rothman, PL
7935 Airport-Pulling Road N., Suite 205
Naples, Florida  34109

Jeffrey Fridkin
Rachael S. Loukonen
Grant, Fridkin, Pearson Athan & Crown, P.A.
5551 Ridgewood Dr., Suite 501
Naples, Florida  34108

Ryan D. Barack
Michelle Erin Nadeau
Kwall, Showers & Barack, P.A.
133 North Fort Harrison Avenue
Clearwater, Florida 33755

/s/ Tammie L. Rattray
Attorney

TAMPA:348139.1