```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF FLORIDA
 2                       FORT MYERS DIVISION

 3   BILLY SCHUMANN, DUSTIN ABRAHAM, on
     behalf of themselves and others
 4   similarly situated, LAUREN TIDWELL,
     JEANIE HAKENEWERT, STEPHANIE ALANA
 5   MARIE BENJAMIN, CHRISTOPHER M. BOURN,
     DEREK WHITE, LAHOMA J. NACHTRAB,
 6   RICHARDO ROSADO, LANNETTE GIBSON,
     DANIEL PENTON, DENISE ARMINIO, OFELIA
 7   BIAGAN, SHEILA SMITH, CELINE VIDAURRI,
     CHRISTINA VINAS, RICARDO ROSADO,
 8   PATRICK C. HARRELL, RACHEL GOODE,
     JAMIESON WISHMAN, PAUL CALOIAN,
 9   MICHAEL JOHN WOODLAND, STEVEN TODD
     LITTLE, JESSICA LINCOLN, JESSICA
10   ZOCCOLI, CHRISTOPHER JALACKI,

11        Plaintiffs,

12   vs.                              CASE NO.
                                      2:12-cv-347-FtM-29UAM
13   COLLIER ANESTHESIA, P.A., a Florida
     corporation; WOLFORD COLLEGE, LLC,
14   a Florida limited liability company;
     THOMAS L. COOK, an individual and
15   LYNDA M. WATERHOUSE, an individual,

16        Defendants.
     _____/
17
     DEPOSITION OF:    Leslie Hussey
18
     DATE:             November 8, 2013
19
     TIME:             9:34 a.m. to 1:23 p.m.
20
     LOCATION:         Grant Fridkin Pearson, P.A.
21                     Suite 501
                       5551 Ridgewood Drive
22                     Naples, FL  34108

23   TAKEN BY:         Counsel for Defendants Wolford, Cook,
                           and Waterhouse
24
     REPORTER:         Barbara Drescher
25
```

EXHIBIT 6

1  on several different occasions that the school -- the only
2  reason the school was formulated was that it would be a
3  financial asset to Collier Anesthesia.
4      Q.  Okay.  And beyond those statements from
5  Dr. Nolan, what information, if any, do you have of any
6  economic benefit derived by Collier Anesthesia?
7      A.  None.
8      Q.  Okay.  So it would be fair to say that the total
9  extent of your knowledge on issues of financial benefit to
10 Collier Anesthesia are the statements that John Nolan made
11 to you; correct?
12     A.  (Witness nodded head.)
13         MR. FRIDKIN:  Did you get that, Barbara?
14         THE COURT REPORTER:  Uh-huh.
15     Q.  Okay.  And let me ask this:  Do you have any --
16 or claim to have any knowledge of Collier Anesthesia's
17 hiring practices with respect to its staffing levels?
18     A.  No.
19     Q.  Okay.  Is it an essential part of an SRNA's
20 education to learn how to complete preoperative forms for
21 patients?
22     A.  Yes.
23     Q.  That's something they must know in order to
24 become certified to be a licensed nurse anesthetist?
25     A.  Part of the -- it's part of the clinical

```
 1   experience, yes.
 2       Q.   Okay.  And it would also be true that they need
 3   to have done that and become proficient in it prior to
 4   obtaining a license to become a certified registered nurse
 5   anesthetist?
 6            MR. BARACK:  Objection to form.  You can answer.
 7       A.   Are you referring to the forms they fill out or
 8   the process that they complete?
 9       Q.   The -- the -- the process of obtaining
10   information from patients and filling out the forms
11   properly.
12       A.   Yes.
13            MR. BARACK:  Objection to form.
14       Q.   All right.  And you would agree that's -- that's
15   essential to their being able to become certified to
16   lawfully practice I think what's called RNA, registered
17   nurse anesthetist?
18       A.   Certified registered nurse anesthetist, yes.
19       Q.   Okay.  So similarly is it an essential part of a
20   student's education to set up an anesthesia machine?
21       A.   Yes.
22       Q.   A student needs to be proficient in knowing how
23   to set up an anesthesia machine in order to be able to
24   become a certified registered nurse anesthetist?
25       A.   Yes.
```

1   Q.  And they have -- that means they have to have
2   done it enough times to become proficient before they can
3   be a certified registered nurse anesthetist; you agree?
4       MR. BARACK:  Objection to form.
5   A.  Yes.
6   Q.  Now, similarly with respect to medications, are
7   student registered nurse anesthetists expected to know how
8   to draw certain medications for patients?
9   A.  Draw them how?
10  Q.  Well, I don't -- you tell me.  Are they involved
11  in -- do the words "draw medications" have any meaning to
12  you in the context of registered nurse anesthetists?
13  A.  Draw medications into a syringe and administer
14  them, yes.
15  Q.  Okay.  Is that -- is doing that activity, that of
16  drawing medications for patients, an essential part of a
17  student registered nurse anesthetist's education?
18  A.  Yes.
19  Q.  Okay.  And is it essential that they must have
20  done it and know how to do it prior to becoming a licensed
21  or certified registered nurse anesthetist?
22  A.  Yes.
23  Q.  Okay.  I have the same questions with respect to
24  monitoring patients during induction, during maintenance,
25  and during emergence.  Is that monitoring of patients an

```
 1   essential part of a student registered nurse anesthetist's
 2   education?
 3       A.   Yes.
 4            MR. BARACK:  Objection to form.
 5            MR. FRIDKIN:  What's your objection, Counsel,
 6       just for the record?
 7            MR. BARACK:  On that one it was a compound
 8       question.
 9            MR. FRIDKIN:  Okay.  I'll let it stand.
10   BY MR. FRIDKIN:
11       Q.   So then the next question is, must that student
12   registered nurse anesthetist have performed the monitoring
13   of patients during induction, maintenance, and emergence
14   in order to become certified as a CRNA?
15       A.   Yes.
16       Q.   Okay.  How about with respect to stocking and
17   restocking anesthesia carts and/or bins?  Is that an
18   essential part of the education of a student registered
19   nurse anesthetist?
20       A.   I don't know how to answer that.  Essential?  Is
21   that what you said?
22       Q.   Yes.
23       A.   I don't know if it's essential.
24       Q.   Okay.  Do student registered nurse anesthetists
25   need to know how to stock and/or restock anesthesia carts
```

1   and/or bins in order to become licensed certified

2   registered nurse anesthetists?

3       A.   I would think they need to know it, yes.

4       Q.   Now, how about with respect to preparing rooms

5   for delivery of anesthesia to patients?  Is that an

6   activity, a knowledge base that a student registered nurse

7   anesthetist has to have in order to be qualified to be a

8   CRNA?

9       A.   Yes.

10      Q.   They have to have done that in order to earn the

11  credentials necessary to become a CRNA; true?

12      A.   Yes.

13      Q.   Okay.  And what about making sure that the

14  anesthesia instruments are clean?  Is that something that

15  is essential for a student registered nurse anesthetist to

16  experience prior to becoming qualified to get that

17  certification and become a CRNA?

18      A.   What equipment are you referring to that has to

19  be cleaned?

20      Q.   Well, what kind of -- I'm not a -- an SRNA nor a

21  CRNA nor a participant in the OR.  I can tell you that

22  every one of these students who are plaintiffs in this

23  lawsuit have indicated that they participated in making

24  sure that instruments were clean.  And my question is,

25  based at least on what you know -- I understand you're not

```
 1   a CRNA.  But based on what you do know about the
 2   activities of a CRNA, is it essential that a student be
 3   certain that the instruments delivering anesthesia are
 4   clean?
 5              MR. BARACK:  Objection.  Form.
 6       A.    Clean or sterile, yes.
 7       Q.    Okay.  "Sterile" probably better than "clean" in
 8   your nomenclature?
 9       A.    In most instances, yes.
10       Q.    Okay.  And last, but certainly -- well, no, this
11   isn't last; second to the last.
12              Is it essential to the education of an SRNA that
13   the SRNA experience ensuring that the anesthesia equipment
14   is functioning properly?
15       A.    Yes.
16       Q.    Okay.  Is -- the same question, is it essential
17   to a student registered nurse anesthetist's education that
18   that student experience being on call?
19              MR. BARACK:  Objection.  Form.  You can answer.
20       A.    Yes.
21       Q.    Okay.  And that's something that, with your
22   knowledge and understanding, having taught in this field
23   as many years as you have, that that is -- experiencing
24   being on call is necessary in order to get the
25   certification and become a licensed CRNA?
```

```
 1              MR. BARACK:  Objection to form.  You can answer.
 2      A.   As I recall from the accreditation standards, I
 3 don't think the words "on call" are used.  It's called an
 4 alternate experience.  I could be wrong about that,
 5 because I don't remember exactly.  But an on-call
 6 experience would qualify for that alternate experience.
 7 Like off hours, different shifts than day shift is the
 8 connotation in which I'm referring to that I -- and how I
 9 understand it.
10      Q.   Okay.  What were the circumstances behind your no
11 longer being employed at Wolford College?
12           MR. HOFFMAN:  Go ahead.
13      A.   I was terminated.
14      Q.   Okay.  Who was present when you were terminated?
15      A.   Keri Ortega, Lauren Corder, and Tom Cook.
16      Q.   What do you recall being said at the course of
17 the meeting where you were terminated?
18      A.   That they were making changes, and my services
19 weren't going to be needed anymore after the end of the
20 summer session, which ended the end of September of 2012.
21      Q.   What do you recall saying at that meeting?
22      A.   I was asking them why.
23      Q.   Okay.  Do you recall getting an answer?
24      A.   The same answer:  "Our plans have changed and
25 we're going in a different direction" or words to that
```