# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
United States Courthouse
2110 First Street, Room 2-194
Fort Myers, Florida 33901

Sheryl L. Loesch
Clerk

Drew Heathcoat
Fort Myers Deputy-In-Charge

**DATE:** July 15, 2014

**TO:**    Clerk, U.S. Court of Appeals for the Eleventh Circuit

BILLY SCHUMANN, DUSTIN ABRAHAM,
LAUREN TIDWELL, JEANIE HAKENEWERT,
STEPHANIE ALANA MARIE BENJAMIN,
CHRISTOPHER M. BOURN, DEREK WHITE,
RICHARDO ROSADO, LANNETTE GIBSON,
DANIEL PENTON, DENISE ARMINIO, OFELIA
BIAGAN, SHEILA SMITH, CELINE VIDAURRI,
CHRISTINA VINAS, RICARDO ROSADO,
PATRICK C. HARRELL, RACHEL GOODE,
JAMIESON WISHMAN, PAUL CALOIAN, JESSICA
LINCOLN and CHRISTOPHER JALACKI,
            Plaintiffs,

v.                                              Case No:  2:12-CV-347-FtM-29CM

COLLIER ANESTHESIA, P.A., WOLFORD
COLLEGE, LLC, THOMAS L. COOK and LYNDA
M. WATERHOUSE,

            Defendants.

---

## U.S.C.A. Case No.:

- Honorable John E. Steele, United States District Judge appealed from.

- Appeal filing fee was paid.

- Copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was not entered orally.

- Court Reporter:  R. Joy Stancel,  Official Court Reporter

SHERYL L. LOESCH, CLERK

By:    s/Sheri Pastula, Deputy Clerk

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT
## FORT MYERS DIVISION

**BILLY SCHUMANN, an individual, and
DUSTIN ABRAHAM, an individual, on
behalf of themselves and others similarly
situated,**

       **Plaintiffs,**

v.                                                    **Case No: 2:12-CV-00347-FtM-29UAM**

**COLLIER ANESTHESIA, P.A., a
Florida Corporation,
WOLFORD COLLEGE, LLC, a Florida
limited liability Company,
THOMAS L. COOK, an individual, and
LYNDA M. WATERHOUSE, an
individual,**

       **Defendants.**

_____/

### NOTICE OF APPEAL

NOTICE IS GIVEN that BILLY SCHUMANN, an individual, and DUSTIN ABRAHAM,

an individual, on behalf of themselves and others similarly situated, by and through the

undersigned attorneys, hereby appeals to the United States Court of Appeals for the Eleventh

Circuit, from the (1) Opinion and Order [Doc. 226] granting summary judgment for the

Defendants and denying summary judgment for the Plaintiffs and the (2) Judgment in favor of

Defendants and against Plaintiffs [Doc. 227].   Both the Order and Judgment were entered by the

District Court for the Middle District of Florida, Fort Myers Division on May 23, 2014.

                         Respectfully submitted,

/s/ Ryan D. Barack
Ryan D. Barack                                        Bradley P. Rothman
Florida Bar No. 148430                                Florida Bar No. 0677345
rbarack@ksblaw.com                                    brothman@weldonrothman.com
Michelle Nadeau                                       WELDON & ROTHMAN, PL

Florida Bar No. 006039
mnadeau@ksblaw.com
133 N. Fort Harrison Ave.
KWALL, SHOWERS & BARACK, P.A.
Clearwater, Florida 33755
Tel: (727) 441-4947
Fax: (727) 447-3158

7935 Airport-Pulling Road N. 205
Naples, Florida 34109
Tel: (239) 262-2141
Fax: (239) 262-2342

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via the Court's

CM/ECF System to all counsel of record.

/s/ Ryan D. Barack
**Attorney**

2

APPEAL, CLOSED

# U.S. District Court
## Middle District of Florida (Ft. Myers)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00347-JES-CM
### Internal Use Only

| | |
|---|---|
| Schumann et al v. Collier Anesthesia, P.A. et al | Date Filed: 06/29/2012 |
| Assigned to: Judge John E. Steele | Date Terminated: 05/23/2014 |
| Referred to: Magistrate Judge Carol Mirando | Jury Demand: Plaintiff |
| Cause: 29:201 Denial of Overtime Compensation | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Billy Schumann**                    represented by   **Bradley Paul Rothman**
Weldon & Rothman, PL
Suite 205
7935 Airport Pulling Rd N
Naples, FL 34109
239/262-2141
Fax: 239/262-2342
Email: brothman@weldonrothman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
Kwall, Showers & Barack, PA
133 N Fort Harrison Ave
Clearwater, FL 33755
727/441-4947
Email: mnadeau@ksblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
Kwall, Showers & Barack, PA
133 N Fort Harrison Ave
Clearwater, FL 33755
727/441-4947
Fax: 727/447-3158
Email: rbarack@ksblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dustin Abraham**                        represented by   **Bradley Paul Rothman**
*on behalf of themselves and others*                       (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michelle E. Nadeau**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ryan D. Barack**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Tidwell**                        represented by   **Bradley Paul Rothman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michelle E. Nadeau**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ryan D. Barack**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanie Hakenewert**                     represented by   **Bradley Paul Rothman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michelle E. Nadeau**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ryan D. Barack**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Alana Marie Benjamin**                represented by **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher M. Bourn**                represented by **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek White**                represented by **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                              Ryan D. Barack
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Lahoma J. Nachtrab**               represented by  **Bradley Paul Rothman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Michelle E. Nadeau**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Ryan D. Barack**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Richardo Rosado**                  represented by  **Bradley Paul Rothman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Michelle E. Nadeau**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Ryan D. Barack**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Lannette Gibson**                  represented by  **Bradley Paul Rothman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Michelle E. Nadeau**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Penton**                    represented by   **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Arminio**                   represented by   **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ofelia Biagan**                    represented by   **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila Smith**                    represented by    **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Celine Vidaurri**                 represented by    **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Christina Vinas** | represented by | **Bradley Paul Rothman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michelle E. Nadeau**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ryan D. Barack**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ricardo Rosado** | represented by | **Bradley Paul Rothman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michelle E. Nadeau**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ryan D. Barack**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick C. Harrell** | represented by | **Bradley Paul Rothman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michelle E. Nadeau**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ryan D. Barack**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Rachel Goode**                              represented by **Bradley Paul Rothman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Michelle E. Nadeau**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Ryan D. Barack**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Jamieson Wishman**                          represented by **Bradley Paul Rothman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Michelle E. Nadeau**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Ryan D. Barack**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Paul Caloian**                              represented by **Bradley Paul Rothman**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Michelle E. Nadeau**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

Ryan D. Barack
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Todd Little**                    represented by   **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Lincoln**                       represented by   **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Jalacki**                   represented by   **Bradley Paul Rothman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle E. Nadeau**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan D. Barack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Collier Anesthesia, P.A.**                    represented by **Jeffrey D. Fridkin**
*a Florida corporation*                         Grant, Fridkin, Pearson, Athan & Crown,
                                                PA
                                                5551 Ridgewood Dr.
                                                Suite 501
                                                Naples, FL 34108
                                                239/514-1000
                                                Fax: 239/514-0377
                                                Email: jfridkin@gfpac.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Rachael S. Loukonen**
                                                Grant, Fridkin, Pearson, Athan & Crown,
                                                PA
                                                Suite 501
                                                5551 Ridgewood Dr
                                                Naples, FL 34108
                                                239/514-1000 ext:24
                                                Fax: 239/514-0377
                                                Email: rloukonen@cohenlaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Tammie L. Rattray**
                                                Ford & Harrison, LLP
                                                Suite 900
                                                101 E Kennedy Blvd
                                                Tampa, FL 33602
                                                813/261-7800
                                                Email: trattray@fordharrison.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Wolford College, LLC**                    represented by   **Tammie L. Rattray**
*a Florida limited liability company*                          (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Bradley Robert Hall**
                                                               Ford & Harrison, LLP
                                                               Suite 900
                                                               101 E Kennedy Blvd
                                                               Tampa, FL 33602
                                                               813/261-7800
                                                               Fax: 813/261-7899
                                                               Email: brhall@fordharrison.com
                                                               *TERMINATED: 05/05/2014*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas L. Cook**                           represented by   **Tammie L. Rattray**
*an individual*                                                (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Bradley Robert Hall**
                                                               (See above for address)
                                                               *TERMINATED: 05/05/2014*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Lynda M. Waterhouse**                      represented by   **Tammie L. Rattray**
*an individual*                                                (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Bradley Robert Hall**
                                                               (See above for address)
                                                               *TERMINATED: 05/05/2014*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2012 | 1 | COMPLAINT against Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC with Jury Demand (Filing fee $ 350 receipt number FTM003064) filed by Dustin Abraham, Billy Schumann. (Attachments: # 1 Civil Cover Sheet)(SPB) (Entered: 07/03/2012) |

| 06/29/2012 | 2 | NOTICE of Consent to Join by Dustin Abraham, Billy Schumann re 1 Complaint (SPB) (Entered: 07/03/2012) |
| --- | --- | --- |
| 07/06/2012 | 3 | STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Divisional Judges on 12/7/09. (SPB) (Entered: 07/06/2012) |
| 07/17/2012 | 4 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 7/31/2012. Signed by All Divisional Judges on 7/17/2012. (LMH) (Entered: 07/17/2012) |
| 07/17/2012 | 5 | INTERESTED PERSONS ORDER. Certificate of interested persons and corporate disclosure statement due by 7/31/2012. Signed by All Divisional Judges on 7/17/2012. (LMH) (Entered: 07/17/2012) |
| 07/20/2012 | 6 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Lauren Tidwell* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 07/20/2012) |
| 07/20/2012 | 7 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Jeanine Hakenewert* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 07/20/2012) |
| 07/20/2012 | 8 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Stephanie Alana Marie Benjamin* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 07/20/2012) |
| 07/24/2012 | 9 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Denise Arminio* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 07/24/2012) |
| 07/24/2012 | 10 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Celine D. Vidaurri* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 07/24/2012) |
| 07/25/2012 | 11 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Christopher M. Bourn* (Attachments: # 1 Consent To Join)(Rothman, Bradley) (Entered: 07/25/2012) |
| 07/25/2012 | 12 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Derek White* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 07/25/2012) |
| 07/25/2012 | 13 | NOTICE of pendency of related cases re 4 Related case order and notice of designation of track 2 per Local Rule 1.04(d) by Dustin Abraham, Stephanie Alana Marie Benjamin, Jeanie Hakenewert, Billy Schumann, Lauren Tidwell. Related case(s): no (Rothman, Bradley) (Entered: 07/25/2012) |
| 07/25/2012 | 14 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by Dustin Abraham, Stephanie Alana Marie Benjamin, Jeanie Hakenewert, Billy Schumann, Lauren Tidwell. (Rothman, Bradley) (Entered: 07/25/2012) |

| 07/27/2012 | 15 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Lahoma J. Nachtrab* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 07/27/2012) |
|---|---|---|
| 08/01/2012 | 16 | ANSWER and affirmative defenses to 1 Complaint by Collier Anesthesia, P.A..(Fridkin, Jeffrey) (Entered: 08/01/2012) |
| 08/01/2012 | 17 | ANSWER and affirmative defenses to 1 Complaint by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC.(Rattray, Tammie) (Entered: 08/01/2012) |
| 08/02/2012 | 18 | INTERESTED PERSONS ORDER. Certificate of interested persons and corporate disclosure statement due by 8/16/2012, as to Collier County Anesthesia, P.A., Thomas L. Cook,Lynda M. Waterhouse, and Wolford College, LLC. Signed by All Divisional Judges on 8/2/2012. (SPB) (Entered: 08/02/2012) |
| 08/06/2012 | 19 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Ricardo Rosado* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 08/06/2012) |
| 08/10/2012 | 20 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Lannette Gibson* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 08/10/2012) |
| 08/13/2012 | 21 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by Collier Anesthesia, P.A.. (Loukonen, Rachael) (Entered: 08/13/2012) |
| 08/13/2012 | 22 | NOTICE of pendency of related cases re 4 Related case order and notice of designation of track 2 per Local Rule 1.04(d) by Collier Anesthesia, P.A.. Related case(s): no (Loukonen, Rachael) (Entered: 08/13/2012) |
| 08/15/2012 | 23 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Ofelia Biagan* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 08/15/2012) |
| 08/16/2012 | 24 | CERTIFICATE of interested persons and corporate disclosure statement re 18 Interested persons order by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 08/16/2012) |
| 08/16/2012 | 25 | NOTICE of pendency of related cases re 4 Related case order and notice of designation of track 2 per Local Rule 1.04(d) by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. Related case(s): no (Rattray, Tammie) (Entered: 08/16/2012) |
| 08/16/2012 | 26 | NOTICE of Appearance by Bradley Robert Hall on behalf of Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC (Hall, Bradley) (Entered: 08/16/2012) |

| 08/20/2012 | 27 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Christina Maria Vinas* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 08/20/2012) |
| --- | --- | --- |
| 08/20/2012 | 28 | MOTION to certify class *and to Facilitate Notice and for Limited Expedited Discovery* by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit Composite B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit Composite F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit Composite P, # 17 Exhibit Composite Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T)(Rothman, Bradley) (Entered: 08/20/2012) |
| 08/21/2012 | 29 | NOTICE by Dustin Abraham, Stephanie Alana Marie Benjamin, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Richardo Rosado, Billy Schumann, Lauren Tidwell, Derek White re 28 MOTION to certify class *and to Facilitate Notice and for Limited Expedited Discovery* (Attachments: # 1 Additional Declaration in Support of Motion to Condittionally Certify Collective Action)(Rothman, Bradley) (Entered: 08/21/2012) |
| 08/22/2012 | 30 | *Amended* ANSWER and affirmative defenses to 1 Complaint by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC.(Rattray, Tammie) (Entered: 08/22/2012) |
| 08/22/2012 | 31 | *Amended* ANSWER and affirmative defenses to 1 Complaint by Collier Anesthesia, P.A..(Loukonen, Rachael) (Entered: 08/22/2012) |
| 08/23/2012 | 32 | Unopposed MOTION for extension of time to file response/reply as to 28 MOTION to certify class *and to Facilitate Notice and for Limited Expedited Discovery* by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 08/23/2012) |
| 08/23/2012 | 33 | ENDORSED ORDER granting 32 Defendants Wolford College, LLC, Thomas L. Cook, and Lynda M. Waterhouse's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Conditionally Certify Collective Action and Facilitate Notices, and for Limited Expedited Discovery. For good cause shown, all Defendants shall have up to and including September 14, 2012 to respond to Plaintiffs' Motion. Signed by Magistrate Judge Sheri Polster Chappell on 8/23/2012. (BLW) (Entered: 08/23/2012) |
| 08/24/2012 | 34 | MOTION for miscellaneous relief, specifically Plaintiffs' Motion to Toll the Statute of Limitations for all Current and Former Employees by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rothman, Bradley) (Entered: 08/24/2012) |
| 08/29/2012 | 35 | FLSA SCHEDULING ORDER. By 9/19/12 parties shall serve copies upon each other as stated in the order By 11/7/12 parties are to meet and confer; Answer to court interrogatories due by 10/10/2012, Settlement Report due |

| | | |
|---|---|---|
| | | by 11/27/2012. Signed by Judge John E. Steele on 8/29/2012. (BMA) (Entered: 08/29/2012) |
| 08/30/2012 | 36 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Sheila Smith* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 08/30/2012) |
| 09/06/2012 | 37 | MOTION for clarification re 35 FLSA scheduling order, 33 Order on motion for extension of time to file response/reply by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 09/06/2012) |
| 09/07/2012 | 38 | RESPONSE in opposition re 34 MOTION for miscellaneous relief, specifically Plaintiffs' Motion to Toll the Statute of Limitations for all Current and Former Employees filed by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 09/07/2012) |
| 09/13/2012 | 39 | MOTION for extension of time to file response/reply as to 37 MOTION for clarification re 35 FLSA scheduling order, 33 Order on motion for extension of time to file response/reply, 28 MOTION to certify class *and to Facilitate Notice and for Limited Expedited Discovery* by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 09/13/2012) |
| 09/14/2012 | 40 | ENDORSED ORDER granting 39 Defendants' Alternative Motion for Extension of Time to Respond to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice, and for Limited Expedited Discovery. As the issue of whether Defendants are obligated to respond to the conditional certification motion in light of the FLSA Scheduling Order is before the Court, Defendants' obligation to respond to Plaintiffs' Motion to Conditionally Certify (Doc. #28) is stayed pending the Court's ruling on Defendants' Motion for Extension Clarification. The Court will include a response deadline in its ruling on the Motion for Extension Clarification once it is fully briefed by the Parties. Signed by Magistrate Judge Sheri Polster Chappell on 9/14/2012. (BLW) (Entered: 09/14/2012) |
| 09/21/2012 | 41 | RESPONSE in opposition re 37 MOTION for clarification re 35 FLSA scheduling order, 33 Order on motion for extension of time to file response/reply filed by Dustin Abraham, Stephanie Alana Marie Benjamin, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Richardo Rosado, Billy Schumann, Lauren Tidwell, Derek White. (Attachments: # 1 Exhibit A)(Rothman, Bradley) (Entered: 09/21/2012) |
| 09/25/2012 | 42 | ORDER granting 37 Defendants' Motion for Extension Clarification in Light of Stay and/or Enlargement of Time to Respond to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice and for Limited Expedited Discovery. Defendants shall have up to and including October 5, 2012 to file a response to Plaintiffs' Motion to Conditionally |

| | | Certify Collective Action, and to Facilitate Notice and for Limited Expedited Discovery. Signed by Magistrate Judge Sheri Polster Chappell on 9/25/2012. (LMF) (Entered: 09/25/2012) |
|---|---|---|
| 10/02/2012 | 43 | NOTICE of Consent to Join by All Plaintiffs re 1 Complaint *filed by Daniel Penton* (Attachments: # 1 Consent to Join)(Rothman, Bradley) (Entered: 10/02/2012) |
| 10/05/2012 | 44 | RESPONSE to motion re 28 MOTION to certify class *and to Facilitate Notice and for Limited Expedited Discovery* filed by Collier Anesthesia, P.A.. (Attachments: # 1 Exhibit 1)(Fridkin, Jeffrey) (Entered: 10/05/2012) |
| 10/05/2012 | 45 | RESPONSE in opposition re 28 MOTION to certify class *and to Facilitate Notice and for Limited Expedited Discovery* filed by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 1A, # 3 Exhibit 1B, # 4 Exhibit 1C, # 5 Exhibit 2A, # 6 Exhibit 2B, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, part 1, # 12 Exhibit 7, part 2, # 13 Exhibit 8, # 14 Exhibit 9, # 15 Exhibit 10, # 16 Exhibit 11)(Rattray, Tammie) (Entered: 10/05/2012) |
| 10/10/2012 | 46 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Billy Schumann. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 47 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Dustin Abraham. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 48 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Denise Arminio. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 49 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Stephanie Alana Marie Benjamin. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 50 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Ofelia Biagan. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 51 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Christopher M. Bourn. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 52 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Lannette Gibson. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 53 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Lahoma J. Nachtrab. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |

| 10/10/2012 | 54 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Sheila Smith. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 55 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Lauren Tidwell. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 56 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Celine Vidaurri. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 57 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Christina Vinas. (Attachments: # 1 Answers to Court's Interrogatories) (Rothman, Bradley) (Entered: 10/10/2012) |
| 10/10/2012 | 58 | Unopposed MOTION to extend time to File Answers to Court's Interrogatories by Jeanie Hakenewert, Richardo Rosado, Derek White. (Rothman, Bradley) (Entered: 10/10/2012) |
| 10/11/2012 | 59 | ENDORSED ORDER granting 58 Plaintiffs' Unopposed Motion for Enlargement of Time in Which to File Answers to Court's Interrogatories. For good cause shown and because the Motion is unopposed, Plaintiffs Hakenewert, White, and Rosado shall have up to and including October 17, 2012 to file Answers to the Court's Interrogatories. Signed by Magistrate Judge Sheri Polster Chappell on 10/11/2012. (BLW) (Entered: 10/11/2012) |
| 10/12/2012 | 60 | MOTION for leave to file Response in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice and for Limited Expedited Discovery by All Plaintiffs. (Rothman, Bradley) (Entered: 10/12/2012) |
| 10/12/2012 | 61 | MOTION for leave to file Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice, and for Limited Expedited Discovery *Correction of Docket # 60* by All Plaintiffs. (Rothman, Bradley) (Entered: 10/12/2012) |
| 10/12/2012 | 62 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Jeanie Hakenewert. (Attachments: # 1 Answers to Court's Interrogatories) (Rothman, Bradley) (Entered: 10/12/2012) |
| 10/12/2012 | 63 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Ricardo Rosado. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/12/2012) |
| 10/15/2012 | 64 | ENDORSED ORDER denying as moot 60 Plaintiffs' Motion for Leave to File Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice and for Limited Expedited Discovery. Plaintiffs have filed a corrected Motion at Doc. #61. Therefore, the instant Motion is due to be denied as moot. The |

| | | |
|---|---|---|
| | | Court will rule on Doc. #61 in due course. Signed by Magistrate Judge Sheri Polster Chappell on 10/15/2012. (BLW) (Entered: 10/15/2012) |
| 10/15/2012 | 65 | RESPONSE in opposition re 61 MOTION for leave to file Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice, and for Limited Expedited Discovery *Correction of Docket # 60* MOTION for leave to file Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice, and for Limited Expedited Discovery *Correction of Docket # 60* filed by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 10/15/2012) |
| 10/16/2012 | 66 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Derek White. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/16/2012) |
| 10/16/2012 | 67 | ORDER granting in part 61 Plaintiffs' Motion for Leave to Reply to Defendants Reponses in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice and For Limited Expedited Discovery. Plaintiffs are granted leave to file a five (5) page reply brief on or before October 23, 2012. Defendants may then file a five (5) page sur-reply brief within seven (7) days of the Plaintiffs filing of their reply.Signed by Magistrate Judge Sheri Polster Chappell on 10/16/2012. (LMF) (Entered: 10/16/2012) |
| 10/22/2012 | 68 | ANSWER to court interrogatories re: 35 FLSA scheduling order by Daniel Penton. (Attachments: # 1 Answers to Court's Interrogatories)(Rothman, Bradley) (Entered: 10/22/2012) |
| 10/22/2012 | 69 | REPLY to response to motion re 61 MOTION for leave to file Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice, and for Limited Expedited Discovery *Correction of Docket # 60* MOTION for leave to file Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice, and for Limited Expedited Discovery *Correction of Docket # 60* , 28 MOTION to certify class *and to Facilitate Notice and for Limited Expedited Discovery* filed by Dustin Abraham, Billy Schumann. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Rothman, Bradley) (Entered: 10/22/2012) |
| 10/29/2012 | 70 | REPLY to response to motion re 61 MOTION for leave to file Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice, and for Limited Expedited Discovery *Correction of Docket # 60* MOTION for leave to file Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice, and for |

| | | |
|---|---|---|
| | | Limited Expedited Discovery *Correction of Docket # 60* , 28 MOTION to certify class *and to Facilitate Notice and for Limited Expedited Discovery (SUR-REPLY)* filed by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rattray, Tammie) (Entered: 10/29/2012) |
| 11/19/2012 | 71 | MOTION for miscellaneous relief, specifically Agreed Motion to Hold Case Management Conference Telephonically by All Plaintiffs. (Rothman, Bradley) (Entered: 11/19/2012) |
| 11/19/2012 | 72 | ENDORSED ORDER granting 71 Agreed Motion to Hold Case Management Conference Telephonically. For good cause shown, the Parties may conduct the case management conference telephonically. Signed by Magistrate Judge Sheri Polster Chappell on 11/19/2012. (BLW) (Entered: 11/19/2012) |
| 11/27/2012 | 73 | NOTICE of Appearance by Ryan D. Barack on behalf of Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White (Barack, Ryan) (Entered: 11/27/2012) |
| 11/27/2012 | 74 | SETTLEMENT/TRIAL REPORT by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White. (Rothman, Bradley) (Entered: 11/27/2012) |
| 12/07/2012 | 75 | NOTICE of Appearance by Michelle E. Nadeau on behalf of Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White (Nadeau, Michelle) (Entered: 12/07/2012) |
| 12/07/2012 | 76 | CERTIFICATE of interested persons and corporate disclosure statement re 18 Interested persons order *Amended* by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White. (Barack, Ryan) (Entered: 12/07/2012) |
| 12/10/2012 | 77 | CASE MANAGEMENT REPORT. (Barack, Ryan) (Entered: 12/10/2012) |
| 12/12/2012 | 78 | MOTION to dismiss Plaintiffs' Complaint *and/or for Judgment on the Pleadings* by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. |

| | | |
|---|---|---|
| | | Waterhouse, Wolford College, LLC. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(Rattray, Tammie) (Entered: 12/12/2012) |
| 12/13/2012 | <u>79</u> | MOTION to stay discovery *pending ruling on dispositive motion barring this action* by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Attachments: # <u>1</u> Exhibit 1)(Rattray, Tammie) Motions referred to Magistrate Judge Sheri Polster Chappell. (Entered: 12/13/2012) |
| 12/17/2012 | <u>80</u> | Unopposed MOTION for extension of time to file response/reply as to <u>78</u> MOTION to dismiss Plaintiffs' Complaint *and/or for Judgment on the Pleadings* by All Plaintiffs. (Barack, Ryan) (Entered: 12/17/2012) |
| 12/17/2012 | <u>81</u> | Unopposed MOTION for extension of time to file response/reply as to <u>79</u> MOTION to stay discovery *pending ruling on dispositive motion barring this action* by All Plaintiffs. (Barack, Ryan) (Entered: 12/17/2012) |
| 12/17/2012 | 82 | ENDORSED ORDER granting <u>80</u> Unopposed Motion for Extension of Time. For good cause shown and because the Motion is unopposed, Plaintiffs shall have up to and including January 7, 2013 to respond to Defendants' Dispositive Motion to Dismiss Complaint and/or for Judgment on the Pleadings. Signed by Magistrate Judge Sheri Polster Chappell on 12/17/2012. (BLW) (Entered: 12/17/2012) |
| 12/17/2012 | 83 | ENDORSED ORDER granting <u>81</u> Unopposed Motion for Extension of Time. For good cause shown and because the Motion is unopposed, Plaintiffs shall have up to and including January 7, 2013 to respond to Defendants' Motion to Stay Discovery. Signed by Magistrate Judge Sheri Polster Chappell on 12/17/2012. (BLW) (Entered: 12/17/2012) |
| 01/07/2013 | <u>84</u> | MEMORANDUM in opposition re <u>79</u> Motion to stay discovery filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White. (Barack, Ryan) (Entered: 01/07/2013) |
| 01/07/2013 | <u>85</u> | RESPONSE to motion re <u>78</u> MOTION to dismiss Plaintiffs' Complaint *and/or for Judgment on the Pleadings* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White. (Attachments: # <u>1</u> Exhibit A)(Rothman, Bradley) (Entered: 01/07/2013) |
| 01/14/2013 | <u>86</u> | ORDER denying <u>79</u> Defendants' Opposed Motion to Stay Discovery Pending Ruling on Dispositive Motion Barring This Action. Signed by Magistrate Judge Sheri Polster Chappell on 1/14/2013. (LMF) (Entered: 01/14/2013) |

| 01/28/2013 | 87 | CASE MANAGEMENT AND SCHEDULING ORDER: Final Pretrial Conference set for 4/21/2014 at 09:00 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele, Jury Trial set for trial term commencing 5/5/2014 before Judge John E. Steele, Conduct mediation hearing by 12/20/2013. Lead counsel to coordinate dates. Signed by Judge John E. Steele on 1/28/2013. (BMA) (Entered: 01/28/2013) |
|---|---|---|
| 01/28/2013 | 88 | OBJECTION re 86 Order on motion to stay discovery . (Rattray, Tammie) (Entered: 01/28/2013) |
| 02/11/2013 | 89 | MOTION for Discovery *Motion for Preliminary Pretrial Conference and Memorandum of Legal Authority* by Collier Anesthesia, P.A.. (Fridkin, Jeffrey) Motions referred to Magistrate Judge Sheri Polster Chappell. (Entered: 02/11/2013) |
| 02/12/2013 | | Motions no longer referred: 89 Motion for Preliminary Pretrial Conference and Memorandum of Legal Authority (RKR) (Entered: 02/12/2013) |
| 02/13/2013 | 90 | RESPONSE re 88 Objection filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White. (Rothman, Bradley) (Entered: 02/13/2013) |
| 02/21/2013 | 91 | OPINION AND ORDER granting 28 Plaintiffs' Motion to Conditionally Certify Collective Action, and to Facilitate Notice, and for Limited Expedited Discovery; denying 34 Motion to Toll the Statute of Limitations. See Opinion and Order for details. The parties shall submit an Amended Case Management Report within fourteen (14) days. Signed by Judge John E. Steele on 2/21/2013. (Attachments: # 1 Exhibit A (Notice of Right to Join), # 2 Exhibit B (Consent to Join))(AAA) (Entered: 02/21/2013) |
| 02/21/2013 | 92 | ORDER overruling 88 Objection to Magistrate Judge Order Denying Stay of Discovery. Signed by Judge John E. Steele on 2/21/2013. (RKR) (Entered: 02/21/2013) |
| 02/25/2013 | 93 | RESPONSE to Motion re 89 MOTION for Discovery *Motion for Preliminary Pretrial Conference and Memorandum of Legal Authority* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White. (Rothman, Bradley) (Entered: 02/25/2013) |
| 03/05/2013 | 94 | ORDER denying 89 motion for preliminary pretrial conference. Signed by Judge John E. Steele on 3/5/2013. (RKR) (Entered: 03/05/2013) |
| 03/08/2013 | 95 | OPPOSED MOTION for Clairfication re 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief filed by Collier Anesthesia, |

| | | |
|---|---|---|
| | | P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rattray, Tammie) Modified on 3/11/2013, to correct docket entry event (SPB). (Entered: 03/08/2013) |
| 03/11/2013 | 96 | CASE MANAGEMENT REPORT. (Barack, Ryan) (Entered: 03/11/2013) |
| 03/11/2013 | 97 | CASE MANAGEMENT REPORT. (Rattray, Tammie) (Entered: 03/11/2013) |
| 03/19/2013 | 98 | NOTICE of compliance re 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC (Rattray, Tammie) (Entered: 03/19/2013) |
| 03/25/2013 | 99 | RESPONSE to Motion re 95 MOTION for clarification *of Court Order Granting Limited Expedited Discovery and for a Stay Pending an Order on the Same* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rothman, Bradley) (Entered: 03/25/2013) |
| 04/04/2013 | 100 | RESPONSE re 99 Response to motion *on judicial notice of publication* filed by Wolford College, LLC. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Rattray, Tammie) (Entered: 04/04/2013) |
| 04/16/2013 | 101 | NOTICE of compliance re 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Lannette Gibson, Jeanie Hakenewert, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White (Barack, Ryan) (Entered: 04/16/2013) |
| 04/18/2013 | 102 | ORDER granting 95 Defendants' Opposed Motion for Clarification to the extent clarified in the Order. Signed by Judge John E. Steele on 4/18/2013. (AAA) (Entered: 04/18/2013) |
| 04/26/2013 | 103 | NOTICE of consent to join by All Plaintiffs re 1 Complaint, 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief *filed by Jamieson A. Wishman.* (Attachments: # 1 Consent to be Party Plaintiff) (Rothman, Bradley) (Entered: 04/26/2013) |
| 04/29/2013 | 104 | NOTICE of consent to join by All Plaintiffs re 1 Complaint, 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief *filed by Patrick C. Harrell.* (Attachments: # 1 Consent to be Party Plaintiff) (Rothman, Bradley) (Entered: 04/29/2013) |

| 05/03/2013 | 105 | NOTICE of consent to join by All Plaintiffs re 1 Complaint, 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief *filed by Rachel Goode*. (Attachments: # 1 Consent To Be Party Plaintiff)(Rothman, Bradley) (Entered: 05/03/2013) |
|---|---|---|
| 05/09/2013 | 106 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 5/23/2013. Signed by All Divisional Judges on 5/9/2013. (LMF) (Entered: 05/09/2013) |
| 05/09/2013 | 107 | INTERESTED PERSONS ORDER. Certificate of interested persons and corporate disclosure statement due by 5/23/2013. Signed by All Divisional Judges on 5/9/2013. (LMF) (Entered: 05/09/2013) |
| 05/20/2013 | 108 | NOTICE of compliance re 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief by Wolford College, LLC (Rattray, Tammie) (Entered: 05/20/2013) |
| 05/20/2013 | 109 | NOTICE of consent to join by All Plaintiffs re 1 Complaint, 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief *filed by Paul Caloian*. (Attachments: # 1 Consent to be Party Plaintiff)(Rothman, Bradley) (Entered: 05/20/2013) |
| 05/23/2013 | 110 | CERTIFICATE of interested persons and corporate disclosure statement re 107 Interested persons order by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 05/23/2013) |
| 05/23/2013 | 111 | NOTICE of pendency of related cases per Local Rule 1.04(d) by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. Related case(s): no (Rattray, Tammie) (Entered: 05/23/2013) |
| 05/23/2013 | 112 | NOTICE of consent to join by All Plaintiffs re 1 Complaint, 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief *filed by Michael John Woodland*. (Attachments: # 1 Consent to be Party Plaintiff) (Rothman, Bradley) (Entered: 05/23/2013) |
| 05/23/2013 | 113 | CERTIFICATE of interested persons and corporate disclosure statement re 107 Interested persons order by Collier Anesthesia, P.A.. (Fridkin, Jeffrey) (Entered: 05/23/2013) |
| 05/23/2013 | 114 | NOTICE of pendency of related cases re 106 Related case order and track 2 notice per Local Rule 1.04(d) by Collier Anesthesia, P.A.. Related case(s): n (Fridkin, Jeffrey) (Entered: 05/23/2013) |
| 05/24/2013 | 115 | NOTICE of consent to join by All Plaintiffs re 1 Complaint, 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief *filed by Steven Todd Little*. (Attachments: # 1 Consent to be Party Plaintiff) (Rothman, Bradley) (Entered: 05/24/2013) |
| 05/28/2013 | 116 | NOTICE of consent to join by All Plaintiffs re 1 Complaint, 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief *filed by* |

7/15/2014 2:48 PM

| | | |
|---|---|---|
| | | *Jessica Lincoln*. (Attachments: # 1 Consent To Be Party Plaintiff)(Rothman, Bradley) (Entered: 05/28/2013) |
| 05/30/2013 | 117 | Case reassigned to Unassigned Magistrate pursuant to 2:13-mc-20-FtM-29. New case number: 2:12-cv-347-FtM-29UAM. Judge Sheri Polster Chappell no longer assigned to the case. (kma) (Entered: 05/30/2013) |
| 06/05/2013 | 118 | NOTICE of unavailability of counsel byDustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman from August 9, 2013 to August 20, 2013. (Rothman, Bradley) (Entered: 06/05/2013) |
| 06/10/2013 | 119 | OPINION AND ORDER denying 78 Dispositive Motion to Dismiss Complaint and/or for Judgment on the Pleadings. See Opinion and Order for details. Signed by Judge John E. Steele on 6/10/2013. (AAA) (Entered: 06/10/2013) |
| 06/17/2013 | 120 | NOTICE of unavailability of counsel byCollier Anesthesia, P.A. from July 12, 2013 to July 29, 2013. (Fridkin, Jeffrey) (Entered: 06/17/2013) |
| 07/09/2013 | 121 | MOTION to Compel Compliance with the Court's Order of February 21, 2013 *and Memorandum of Law* by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rothman, Bradley) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 07/09/2013) |
| 07/11/2013 | 122 | NOTICE of consent to join by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman re 1 Complaint, 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief *filed by Jessica Zoccoli*. (Attachments: # 1 Consent to be Party Plaintiff)(Rothman, Bradley) (Entered: 07/11/2013) |
| 07/15/2013 | 123 | NOTICE of consent to join by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine |

|  |  | Vidaurri, Christina Vinas, Derek White, Jamieson Wishman re 1 Complaint, 91 Order on Motion to Certify ClassOrder on Motion for Miscellaneous Relief *filed by Christopher Jalacki*. (Attachments: # 1 Consent to be Party Plaintiff)(Rothman, Bradley) (Entered: 07/15/2013) |
|---|---|---|
| 07/23/2013 | 124 | RESPONSE in Opposition re 121 MOTION to Compel Compliance with the Court's Order of February 21, 2013 *and Memorandum of Law* filed by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Rattray, Tammie) (Entered: 07/23/2013) |
| 08/23/2013 | 125 | ORDER denying 121 Motion to Compel Compliance With the Court's Order of February 21, 2013. Signed by Magistrate Judge Douglas N. Frazier on 8/23/2013. (brh) (Entered: 08/23/2013) |
| 09/26/2013 | 126 | MOTION for miscellaneous relief, specifically for Case Management Conference before the Court and/or for Entry of Amended Case Management and Scheduling Order by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Rothman, Bradley) (Entered: 09/26/2013) |
| 10/02/2013 | 127 | MOTION to Compel Discovery by Defendant Collier Anesthesia PA by All Plaintiffs. (Attachments: # 1 Exhibit RFP to Collier, # 2 Exhibit Collier Objections to RFP, # 3 Exhibit Email Dated 5-25-13, # 4 Exhibit Email Dated 10-1-13)(Barack, Ryan) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 10/02/2013) |
| 10/04/2013 | 128 | RESPONSE to Motion re 126 MOTION for miscellaneous relief, specifically for Case Management Conference before the Court and/or for Entry of Amended Case Management and Scheduling Order filed by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 10/04/2013) |
| 10/08/2013 | 129 | ORDER denying 126 Motion for case management conference. The Clerk shall issue an amended scheduling order using the deadlines in plaintiffs' 96 Unilateral Case Management Report. Signed by Judge John E. Steele on 10/8/2013. (RKR) (Entered: 10/08/2013) |
| 10/08/2013 | 130 | AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 10/18/2013, Joinder of Parties due by 10/18/2013, Discovery due by 1/31/2014, Dispositive motions due by 2/28/2014, Pretrial statement due by 6/2/2014, All other motions due by 6/2/2014, Plaintiff disclosure of expert report due by 11/15/2013, Defendant disclosure of expert report due by 12/16/2013, Final Pretrial Conference set for 6/23/2014 at 9:00 AM in Ft. Myers Courtroom 6 A before Judge John E. |

| | | Steele, Jury Trial set for trial term commencing 7/1/2014 in Ft. Myers Courtroom 6 A before Judge John E. Steele, Conduct mediation hearing by 12/21/2013. Lead counsel to coordinate dates. Signed by Judge John E. Steele on 10/8/2013. (RKR) (Entered: 10/08/2013) |
|---|---|---|
| 10/14/2013 | 131 | NOTICE of withdrawal of motion by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman re 127 MOTION to Compel Discovery by Defendant Collier Anesthesia PA filed by Rachel Goode, Ofelia Biagan, Lauren Tidwell, Steven Todd Little, Ricardo Rosado, Billy Schumann, Christopher M. Bourn, Lahoma J. Nachtrab, Dustin Abraham, Paul Caloian, Jessica Lincoln, Stephanie Alana Marie Benjamin, Celine Vidaurri, Richardo Rosado, Lannette Gibson, Jamieson Wishman, Daniel Penton, Christina Vinas, Christopher Jalacki, Derek White, Jeanie Hakenewert, Sheila Smith, Patrick C. Harrell, Denise Arminio (Barack, Ryan) (Entered: 10/14/2013) |
| 10/17/2013 | 132 | ORDER denying as moot 127 Plaintiffs' Motion to Compel Discovery by Defendant Collier Anesthesia, P.A. Signed by Magistrate Judge Douglas N. Frazier on 10/17/2013. (CAS) (Entered: 10/17/2013) |
| 10/23/2013 | 133 | NOTICE of mediation conference/hearing to be held on 12/10/13 9:00 a.m. before James L. Nulman. (Rattray, Tammie) (Entered: 10/23/2013) |
| 10/23/2013 | 134 | NOTICE of mediation conference/hearing to be held on 12/10/13 1:30 p.m. before James L. Nulman. (Rattray, Tammie) (Entered: 10/23/2013) |
| 10/28/2013 | 135 | Joint MOTION to Take Deposition by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 10/28/2013) |
| 11/12/2013 | 136 | MEMORANDUM in opposition re 135 Motion to Take Deposition filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Barack, Ryan) (Entered: 11/12/2013) |
| 11/15/2013 | 137 | ORDER denying 135 Defendants' Motion to Exceed the Deposition Limit of Fed. R. Civ. P. 30(a)(2)(A). Signed by Magistrate Judge Douglas N. Frazier on 11/15/2013. (CAS) (Entered: 11/15/2013) |

| 11/21/2013 | 138 | MOTION to Compel Discovery from Defendant Collier Anesthesia, P.A. by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Barack, Ryan) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 11/21/2013) |
|---|---|---|
| 12/05/2013 | 139 | MEMORANDUM in opposition re 138 Motion to Compel *Discovery* filed by Collier Anesthesia, P.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Fridkin, Jeffrey) (Entered: 12/05/2013) |
| 12/15/2013 | 140 | MEDIATION report Hearing held on 12/10/2013. Hearing outcome: Impasse.. (Nulman, James) (Entered: 12/15/2013) |
| 01/06/2014 | 141 | MOTION to Compel Deposition Answers and Production of Documents at Deposition by Collier Anesthesia, P.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Fridkin, Jeffrey) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 01/06/2014) |
| 01/10/2014 | 142 | MOTION to Compel Discovery and Production of Documents by Wolford College, LLC. (Attachments: # 1 Exhibit A, part 1, # 2 Exhibit A, part 2, # 3 Exhibit A, part 3, # 4 Exhibit B, part 1, # 5 Exhibit B, part 2, # 6 Exhibit B, part 3, # 7 Exhibit B, part 4, # 8 Exhibit C)(Rattray, Tammie) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 01/10/2014) |
| 01/21/2014 | 143 | RESPONSE in Opposition re 141 MOTION to Compel Deposition Answers and Production of Documents at Deposition filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit 1 - Rothman Affidavit, # 2 Exhibit 2 - Pellone Privilege Log, # 3 Exhibit 3 - Pellone Supplemental Privilege Log, # 4 Exhibit 4 - Email dated 12-19-13)(Barack, Ryan) (Entered: 01/21/2014) |
| 01/21/2014 | 144 | ORDER denying 138 Plaintiffs' Motion to Compel Discovery by Defendant Collier Anesthesia, P.A. Signed by Magistrate Judge Douglas N. Frazier on 1/21/2014. (CAS) (Entered: 01/21/2014) |
| 01/22/2014 | 145 | MOTION to Compel Discovery from Defendants Waterhouse and Cook by All Plaintiffs. (Attachments: # 1 Exhibit 1 - RFP to Waterhouse, # 2 Exhibit 2 - RFP to Cook, # 3 Exhibit 3 - Waterhouse Objections to RFP, # 4 Exhibit 4 - Cook's Objections to RFP)(Barack, Ryan) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 01/22/2014) |
| 01/27/2014 | 146 | Case reassigned to Magistrate Judge Carol Mirando pursuant to 2:14-mc-1-FtM-29. New case number: 2:12-cv-347-FtM-29CM. Unassigned |

| | | |
|---|---|---|
| | | Magistrate no longer assigned to the case. (kma) Motions <u>141</u> , <u>142</u> and <u>145</u> referred to Magistrate Judge Carol Mirando. (Entered: 01/27/2014) |
| 01/27/2014 | <u>147</u> | MEMORANDUM in opposition re <u>142</u> Motion to Compel filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4)(Barack, Ryan) (Entered: 01/27/2014) |
| 01/28/2014 | <u>148</u> | MOTION for protective order by Collier Anesthesia, P.A.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6)(Fridkin, Jeffrey) Motions referred to Magistrate Judge Carol Mirando. (Entered: 01/28/2014) |
| 01/30/2014 | <u>149</u> | NOTICE by Collier Anesthesia, P.A. re <u>148</u> MOTION for protective order *Correction of Scrivener's Error* (Fridkin, Jeffrey) (Entered: 01/30/2014) |
| 01/30/2014 | <u>150</u> | MOTION to Take Deposition by All Defendants. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6)(Rattray, Tammie) Motions referred to Magistrate Judge Carol Mirando. (Entered: 01/30/2014) |
| 01/31/2014 | <u>151</u> | Supplemental MOTION to Compel Discovery and Production of Documents by Wolford College, LLC. (Attachments: # <u>1</u> Exhibit (Composite) A, # <u>2</u> Exhibit B)(Rattray, Tammie) Motions referred to Magistrate Judge Carol Mirando. (Entered: 01/31/2014) |
| 01/31/2014 | <u>152</u> | MOTION for protective order *to quash subpoena* by Wolford College, LLC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Rattray, Tammie) Motions referred to Magistrate Judge Carol Mirando. (Entered: 01/31/2014) |
| 02/04/2014 | <u>153</u> | MOTION for protective order *Against Plaintiffs' Subpoena Duces Tecum Directed to First Coast Services Options, Inc.* by Collier Anesthesia, P.A.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4)(Fridkin, Jeffrey) Motions referred to Magistrate Judge Carol Mirando. (Entered: 02/04/2014) |
| 02/05/2014 | <u>154</u> | RESPONSE to Motion re <u>145</u> MOTION to Compel Discovery from Defendants Waterhouse and Cook filed by Thomas L. Cook, Lynda M. Waterhouse. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F)(Rattray, Tammie) (Entered: 02/05/2014) |
| 02/06/2014 | <u>155</u> | MOTION for leave to file Reply in Support of Their Motion to Compel Discovery by All Plaintiffs. (Nadeau, Michelle) (Entered: 02/06/2014) |

| 02/06/2014 | 156 | MOTION for miscellaneous relief, specifically for Leave to Reallocate Available Pages and File Dispositive Motion in Excess of 25 Pages by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 02/06/2014) |
|---|---|---|
| 02/10/2014 | 157 | RESPONSE in Opposition re 155 MOTION for leave to file Reply in Support of Their Motion to Compel Discovery filed by Thomas L. Cook, Lynda M. Waterhouse. (Rattray, Tammie) (Entered: 02/10/2014) |
| 02/10/2014 | 158 | MEMORANDUM in opposition re 156 Motion for Miscellaneous Relief *Regarding Defendant's Motion for Leave to Reallocate Available Pages and File Dispositive Motion in Excess of 25 Pages* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit)(Nadeau, Michelle) (Entered: 02/10/2014) |
| 02/12/2014 | 159 | MOTION to Amend/Correct 152 MOTION for protective order *to quash subpoena* by Wolford College, LLC. (Rattray, Tammie) (Entered: 02/12/2014) |
| 02/14/2014 | 160 | MEMORANDUM in opposition re 148 Motion for protective order filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Rothman, Bradley) (Entered: 02/14/2014) |
| 02/17/2014 | 161 | MEMORANDUM in opposition re 152 Motion for protective order *to Quash Subpoena to COA* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit 1 - Email, # 2 Exhibit 2 - COA's Objection, # 3 Exhibit 3 - Nolan Depo, partial, # 4 Exhibit 4 - Def Supplemental Rule 26 Disclosures, # 5 Exhibit 5 - Wolford's Expert Disclosure)(Nadeau, Michelle) (Entered: 02/17/2014) |

| 02/17/2014 | 162 | ORDER granting in part and denying in part 156 Motion for leave to reallocate available pages and file dispositive motion in excess of 25 pages. See Order for details. Signed by Judge John E. Steele on 2/17/2014. (RKR) (Entered: 02/17/2014) |
|---|---|---|
| 02/17/2014 | 163 | MEMORANDUM in opposition re 151 Motion to Compel *Discovery & Production of Documents from Post-Notice Opt-Ins* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit 1 - Composite Exhibit, # 2 Exhibit 2 - Abraham Depo, partial) (Nadeau, Michelle) (Entered: 02/17/2014) |
| 02/17/2014 | 164 | MEMORANDUM in opposition re 150 Motion to Take Deposition filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit 1 - Email dated 1-14-13, # 2 Exhibit 2 - Email dated 2-11-13, # 3 Exhibit 3 - Email dated 9-26-13, # 4 Exhibit 4 - Notice of Reconvening Depo, # 5 Exhibit 5 - Wolford's Rule 26 Disclosures, # 6 Exhibit 6 - Wolford's Supplemental Rule 26 Disclosure, # 7 Exhibit 7 - Collier's Rule 26 Disclosures, # 8 Exhibit 8 - Wolford's Expert Disclosure, # 9 Exhibit 9 - Email dated 12-23-13)(Nadeau, Michelle) (Entered: 02/17/2014) |
| 02/18/2014 | 165 | Unopposed MOTION for Leave to File Excess Pages by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 02/18/2014) |
| 02/18/2014 | 166 | ENDORSED ORDER granting 165 Unopposed Motion of Defendants Wolford College, LLC, Thomas L. Cook, and Lynda M. Waterhouse to Enlarge Page Limit for Motion for Decertification. Defendants' motion may not exceed 35 pages. Signed by Magistrate Judge Carol Mirando on 2/18/2014. (BLW) (Entered: 02/18/2014) |
| 02/18/2014 | 167 | NOTICE by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC re 150 MOTION to Take Deposition (Attachments: # 1 #1-09/04/13 correspondence, # 2 #2-09/12/13 e-mail, # 3 #3-09/13/13 e-mail, # 4 #4-09/25/13 e-mail, # 5 #5-09/30/13 e-mail)(Rattray, Tammie) (Entered: 02/18/2014) |

| 02/20/2014 | 168 | MEMORANDUM in opposition re 153 Motion for protective order *re First Coast Services* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit 1 - Email dated 1-24-14, # 2 Exhibit 2 - Email dated 2-5-14)(Nadeau, Michelle) (Entered: 02/20/2014) |
|---|---|---|
| 02/28/2014 | 169 | MOTION for miscellaneous relief, specifically Strike Defendants' Expert or for Daubert Hearing by All Plaintiffs. (Attachments: # 1 Exhibit Kirsner Depo, # 2 Exhibit Kirsner Report)(Barack, Ryan) (Entered: 02/28/2014) |
| 02/28/2014 | 170 | Final MOTION for summary judgment by Collier Anesthesia, P.A.. (Fridkin, Jeffrey) (Entered: 02/28/2014) |
| 02/28/2014 | 171 | NOTICE by Collier Anesthesia, P.A. re 170 Final MOTION for summary judgment (Fridkin, Jeffrey) (Entered: 02/28/2014) |
| 02/28/2014 | 172 | NOTICE by Collier Anesthesia, P.A. re 170 Final MOTION for summary judgment (Fridkin, Jeffrey) (Entered: 02/28/2014) |
| 02/28/2014 | 173 | MOTION for partial summary judgment by All Plaintiffs. (Attachments: # 1 Voluminous Exhibit Index, # 2 Exhibit A - CAPA Employee Handbook, # 3 Exhibit B - Cook Depo Pt. 1, # 4 Exhibit B - Cook Depo Pt. 2, # 5 Exhibit C - Waterhouse Depo Pt. 1, # 6 Exhibit C - Waterhouse Depo Pt. 2, # 7 Exhibit D - Corporate Rep. Depo, # 8 Exhibit E - Lignell Depo Pt. 1, # 9 Exhibit E - Lignell Depo Pt. 2, # 10 Exhibit F - Janyja Depo Pt. 1, # 11 Exhibit F - Janyja Depo Pt. 2, # 12 Exhibit G - Rose Depo Pt. 1, # 13 Exhibit G - Rose Depo Pt. 2, # 14 Exhibit H - Kirsner Depo Excerpts, # 15 Exhibit I - J. Nolan Depo Pt. 1, # 16 Exhibit I - J. Nolan Depo Pt. 2, # 17 Exhibit J - Schumann Affidavit, # 18 Exhibit K - M. Nolan Depo Pt. 1, # 19 Exhibit K - M. Nolan Depo Pt. 2, # 20 Exhibit L - Corder Depo Pt. 1, # 21 Exhibit L - Corder Depo Pt. 2, # 22 Exhibit M - Abraham Affidavit Pt. 1, # 23 Exhibit M - Abraham Affidavit Pt. 2, # 24 Exhibit N - Nachtrab Affidavit, # 25 Exhibit O - Rosado Depo Excerpt, # 26 Exhibit P - June 10, 2010 E-Mail, # 27 Exhibit Q - Affiliation Agreement dated 3.5.07, # 28 Exhibit R - Affiliation Agreement dated 10.1.10, # 29 Exhibit S - SRNA Invoices, # 30 Exhibit T - Goode Affidavit, # 31 Exhibit U - Waterhouse Paper, # 32 Exhibit V - ASA Newsletter)(Rothman, Bradley) (Entered: 02/28/2014) |
| 02/28/2014 | 174 | MOTION for summary judgment by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 02/28/2014) |
| 02/28/2014 | 175 | NOTICE by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC re 174 MOTION for summary judgment *of Filing Declaration of Keri* |

| | | |
|---|---|---|
| | | *Ortega* (Attachments: # <u>1</u> Declaration and exhibit, # <u>2</u> exhibit to Declaration, # <u>3</u> exhibit to Declaration, # <u>4</u> exhibit to Declaration, # <u>5</u> exhibit to Declaration, # <u>6</u> exhibit to Declaration, # <u>7</u> exhibit to Declaration, # <u>8</u> exhibit to Declaration, # <u>9</u> exhibit to Declaration, # <u>10</u> exhibit to Declaration, # <u>11</u> exhibit to Declaration, # <u>12</u> exhibit to Declaration, # <u>13</u> exhibit to Declaration)(Rattray, Tammie) (Entered: 02/28/2014) |
| 02/28/2014 | <u>176</u> | MOTION for miscellaneous relief, specifically Decertification of Collective Action by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Attachments: # <u>1</u> Abraham Medatrax 1, # <u>2</u> Abraham Medatrax 2, # <u>3</u> Abraham Medatrax 3, # <u>4</u> Abraham Medatrax 4, # <u>5</u> Biagan Dep. Ex. 13, # <u>6</u> Biagan Dep. Ex. 20, # <u>7</u> Biagan Dep. Ex. 21, # <u>8</u> Biagan Dep. Ex. 22)(Rattray, Tammie) (Entered: 02/28/2014) |
| 03/01/2014 | <u>177</u> | NOTICE by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC re <u>174</u> MOTION for summary judgment (Attachments: # <u>1</u> Exhibit 1A, # <u>2</u> Exhibit 1B, # <u>3</u> Exhibit 2A, # <u>4</u> Exhibit 2B, # <u>5</u> Exhibit 3, # <u>6</u> Exhibit 4, # <u>7</u> Exhibit 5, # <u>8</u> Exhibit 6, # <u>9</u> Exhibit 7, # <u>10</u> Exhibit 8, # <u>11</u> Exhibit 9, # <u>12</u> Exhibit 10, # <u>13</u> Exhibit 11, # <u>14</u> Exhibit 12, # <u>15</u> Exhibit 13, # <u>16</u> Exhibit 14, # <u>17</u> Exhibit 15, # <u>18</u> Exhibit 16, # <u>19</u> Exhibit 17, # <u>20</u> Exhibit 18, # <u>21</u> Exhibit 19)(Rattray, Tammie) (Entered: 03/01/2014) |
| 03/01/2014 | <u>178</u> | NOTICE by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC re <u>177</u> Notice (Other) (Attachments: # <u>1</u> Exhibit 21A, # <u>2</u> Exhibit 21B, # <u>3</u> Exhibit 22, # <u>4</u> Exhibit 23, # <u>5</u> Exhibit 24, # <u>6</u> Exhibit 25, # <u>7</u> Exhibit 26, # <u>8</u> Exhibit 27, # <u>9</u> Exhibit 28, # <u>10</u> Exhibit 29, # <u>11</u> Exhibit 30, # <u>12</u> Exhibit 31, # <u>13</u> Exhibit 32, # <u>14</u> Exhibit 33)(Rattray, Tammie) (Entered: 03/01/2014) |
| 03/01/2014 | <u>179</u> | NOTICE by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC re <u>177</u> Notice (Other) (Attachments: # <u>1</u> Exhibit 34A, # <u>2</u> Exhibit 34B, # <u>3</u> Exhibit 35, # <u>4</u> Exhibit 36, # <u>5</u> Exhibit 37, # <u>6</u> Exhibit 38, # <u>7</u> Exhibit 39, # <u>8</u> Exhibit 40, # <u>9</u> Exhibit 41, # <u>10</u> Exhibit 42, # <u>11</u> Exhibit 43, # <u>12</u> Exhibit 44, # <u>13</u> Exhibit 45, # <u>14</u> Exhibit 46, # <u>15</u> Exhibit 47, # <u>16</u> Exhibit 48, # <u>17</u> Exhibit 49, # <u>18</u> Exhibit 50, # <u>19</u> Exhibit 51, # <u>20</u> Exhibit 52, # <u>21</u> Exhibit 53, # <u>22</u> Exhibit 54, # <u>23</u> Exhibit 55, # <u>24</u> Exhibit 56, # <u>25</u> Exhibit 57, # <u>26</u> Exhibit 58, # <u>27</u> Exhibit 59, # <u>28</u> Exhibit 60, # <u>29</u> Exhibit 61, # <u>30</u> Exhibit 62, # <u>31</u> Exhibit 63, # <u>32</u> Exhibit 64, # <u>33</u> Exhibit 65A, # <u>34</u> Exhibit 65B, # <u>35</u> Exhibit 66, # <u>36</u> Exhibit 67, # <u>37</u> Exhibit 68, # <u>38</u> Exhibit 69, # <u>39</u> Exhibit 70, # <u>40</u> Exhibit 71, # <u>41</u> Exhibit 72, # <u>42</u> Exhibit 73, # <u>43</u> Exhibit 74, # <u>44</u> Exhibit 75, # <u>45</u> Exhibit 76, # <u>46</u> Exhibit 77A, # <u>47</u> Exhibit 77B, # <u>48</u> Exhibit 77C, # <u>49</u> Exhibit 77D, # <u>50</u> Exhibit 78, # <u>51</u> Exhibit 79, # <u>52</u> Exhibit 80A, # <u>53</u> Exhibit 80B, # <u>54</u> Exhibit 81, # <u>55</u> Exhibit 82, # <u>56</u> Exhibit 83, # <u>57</u> Exhibit 84, # <u>58</u> Exhibit 85, # <u>59</u> Exhibit 86, # <u>60</u> Exhibit 87, # <u>61</u> Exhibit 88, # <u>62</u> Exhibit 89, # <u>63</u> Exhibit 90, # <u>64</u> Exhibit 91, # <u>65</u> Exhibit 92, # <u>66</u> Exhibit 93, # <u>67</u> Exhibit 94A, # <u>68</u> Exhibit 94B, # <u>69</u> Exhibit 95, # <u>70</u> Exhibit 96, # <u>71</u> Exhibit 97, # <u>72</u> Exhibit 98, # <u>73</u> Exhibit 99, # <u>74</u> Exhibit 100A, # <u>75</u> Exhibit 100B, # <u>76</u> Exhibit 101, # <u>77</u> Exhibit |

| | | |
|---|---|---|
| | | 102, # <u>78</u> Exhibit 103, # <u>79</u> Exhibit 104, # <u>80</u> Exhibit 105, # <u>81</u> Exhibit 106, # <u>82</u> Exhibit 107, # <u>83</u> Exhibit 108, # <u>84</u> Exhibit 109, # <u>85</u> Exhibit 110, # <u>86</u> Exhibit 111, # <u>87</u> Exhibit 112, # <u>88</u> Exhibit 113, # <u>89</u> Exhibit 114, # <u>90</u> Exhibit 115, # <u>91</u> Exhibit 116, # <u>92</u> Exhibit 117, # <u>93</u> Exhibit 118, # <u>94</u> Exhibit 119, # <u>95</u> Exhibit 120, # <u>96</u> Exhibit 121, # <u>97</u> Exhibit 122, # <u>98</u> Exhibit 123, # <u>99</u> Exhibit 124, # <u>100</u> Exhibit 125)(Rattray, Tammie) (Entered: 03/01/2014) |
| 03/04/2014 | <u>180</u> | SUMMARY JUDGMENT NOTICE re <u>174</u> MOTION for summary judgment (SPB) (Entered: 03/04/2014) |
| 03/05/2014 | <u>181</u> | Amended MOTION for summary judgment amending <u>170</u> Final MOTION for summary judgment by Collier Anesthesia, P.A.. (Fridkin, Jeffrey) Modified on 5/23/2014 to correct title (RKR). (Entered: 03/05/2014) |
| 03/10/2014 | <u>182</u> | Joint MOTION to extend time to respond to motions *and additional pages* by All Plaintiffs. (Barack, Ryan) Motions referred to Magistrate Judge Carol Mirando. (Entered: 03/10/2014) |
| 03/10/2014 | <u>183</u> | MOTION to Amend/Correct <u>182</u> Joint MOTION to extend time to respond to motions *and additional pages* by All Plaintiffs. (Barack, Ryan) (Entered: 03/10/2014) |
| 03/10/2014 | 184 | ENDORSED ORDER granting <u>183</u> Amended Joint Motion for Extension of Time and Additional Pages. Plaintiffs may file a 40-page response to Defendants Wolford, Cook, and Waterhouse's Motion for Summary Judgment; Defendants Wolford, Cook, and Waterhouse may file a 25-page response to Plaintiffs' Motion for Partial Summary Judgment; and Plaintiffs may file a 25-page response to Defendants' Motion for Decertification. The parties' responses are due on or before March 28, 2014; denying as moot <u>182</u> Joint Motion for Extension of Time and Additional Pages as an amended motion was filed. Signed by Magistrate Judge Carol Mirando on 3/10/2014. (BLW) (Entered: 03/10/2014) |
| 03/18/2014 | <u>185</u> | ORDER granting <u>152</u> Defendant Wolford College LLC's Motion for Protective Order to Quash Subpoena; granting <u>159</u> Defendant's Amendment to Supplement Motion for Protective Order to Quash Subpoena Due to Voidness of Subpoena. A hearing regarding the remaining discovery motions is set for March 21, 2014, at 2:00 p.m. The Clerk is directed to issue a notice of hearing. Signed by Magistrate Judge Carol Mirando on 3/18/2014. (BLW) (Entered: 03/18/2014) |
| 03/18/2014 | 186 | NOTICE of hearing on motion re <u>145</u> MOTION to Compel Discovery from Defendants Waterhouse and Cook, <u>151</u> Supplemental MOTION to Compel Discovery and Production of Documents, <u>155</u> MOTION for leave to file Reply in Support of Their Motion to Compel Discovery, <u>153</u> MOTION for protective order Against Plaintiffs' Subpoena Duces Tecum Directed to First Coast Services Options, Inc., <u>148</u> MOTION for protective order, <u>150</u> MOTION to Take Deposition, <u>141</u> MOTION to Compel Deposition |

| | | |
|---|---|---|
| | | Answers and Production of Documents at Deposition, 142 MOTION to Compel Discovery and Production of Documents. Motion Hearing set for 3/21/2014 at 02:00 PM in Ft. Myers Courtroom 6 B before Magistrate Judge Carol Mirando. (laf) (Entered: 03/18/2014) |
| 03/18/2014 | 187 | ORDER denying 148 Defendant Collier Anesthesia, P.A.'s Motion for Protective Order Against Plaintiff's Subpoena Duces Tecum Directed to Naples Community Hospital, Inc. Naples Community Hospital, Inc. shall comply with the subpoena by close of business on March 20, 2014. Signed by Magistrate Judge Carol Mirando on 3/18/2014. (BLW) (Entered: 03/18/2014) |
| 03/18/2014 | 188 | Consent MOTION to Continue *Discovery Hearing* by All Plaintiffs. (Barack, Ryan) (Entered: 03/18/2014) |
| 03/19/2014 | 189 | ORDER granting 188 Plaintiffs' Motion to Continue Discovery Hearing. The discovery hearing currently set for March 21, 2014, is rescheduled for March 26, 2014, at 2:00 p.m.. Signed by Magistrate Judge Carol Mirando on 3/19/2014. (BLW) (Entered: 03/19/2014) |
| 03/19/2014 | 190 | NOTICE OF RESCHEDULING HEARING: The Discovery Hearing previously scheduled for 03/21/14 is rescheduled. New scheduling date and time: Discovery Hearing set for 3/26/2014 at 02:00 PM in Ft. Myers Courtroom 6 B before Magistrate Judge Carol Mirando. (laf) (Entered: 03/19/2014) |
| 03/22/2014 | 191 | ORDER denying 150 Defendants' Renewed Motion to Exceed the Deposition Limit of Fed. R. Civ. P. 30(a)(2)(A) and to Extend Discovery, or in the Alternative, to Limit Testimony to Representative Discovery. Signed by Magistrate Judge Carol Mirando on 3/22/2014. (BLW) (Entered: 03/22/2014) |
| 03/25/2014 | 192 | ORDER ruling deferred 153 Defendant Collier Anesthesia, P.A.'s Motion for Protective Order Against Plaintiffs' Subpoena Duces Tecum Directed to First Coast Services Options, Inc., pending a hearing. Signed by Magistrate Judge Carol Mirando on 3/25/2014. (BLW) (Entered: 03/25/2014) |
| 03/25/2014 | 193 | ORDER denying 145 Plaintiffs' Motion to Compel Discovery by Defendants Cook and Waterhouse; denying 155 Plaintiffs' Motion for Leave to File a Reply. Signed by Magistrate Judge Carol Mirando on 3/25/2014. (BLW) (Entered: 03/25/2014) |
| 03/25/2014 | 194 | NOTICE by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC re 174 MOTION for summary judgment *of Corrected Citation* (Attachments: # 1 correction)(Rattray, Tammie) (Entered: 03/25/2014) |
| 03/26/2014 | 195 | Minute Entry. Proceedings held before Magistrate Judge Carol Mirando: MOTION HEARING held on 3/26/2014 re 153 MOTION for protective order Against Plaintiffs' Subpoena Duces Tecum Directed to First Coast Services Options, Inc. filed by Collier Anesthesia, P.A., 151 Supplemental |

| | | |
|---|---|---|
| | | MOTION to Compel Discovery and Production of Documents filed by Wolford College, LLC, 142 MOTION to Compel Discovery and Production of Documents filed by Wolford College, LLC, 141 MOTION to Compel Deposition Answers and Production of Documents at Deposition filed by Collier Anesthesia, P.A. The Court heard argument from counsel on the motions. Written order to enter. Court Reporter: R. Joy Stancel (laf) (Entered: 03/26/2014) |
| 03/27/2014 | 196 | ORDER denying 153 Defendant Collier Anesthesia, P.A.'s Motion for Protective Order Against Plaintiffs' Subpoena Duces Tecum Directed to First Coast Services Options, Inc. First Coast Services Options, Inc. shall comply with the subpoena by close of business on April 4, 2014. Signed by Magistrate Judge Carol Mirando on 3/27/2014. (BLW) (Entered: 03/27/2014) |
| 03/28/2014 | 197 | RESPONSE in Opposition re 176 MOTION for miscellaneous relief, specifically Decertification of Collective Action filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Barack, Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 198 | NOTICE by Collier Anesthesia, P.A. *of Filing* (Attachments: # 1 Declaration - Janyja)(Fridkin, Jeffrey) (Entered: 03/28/2014) |
| 03/28/2014 | 199 | NOTICE by Collier Anesthesia, P.A. *of Filing* (Attachments: # 1 Second Declaration of Dr. Cook)(Fridkin, Jeffrey) (Entered: 03/28/2014) |
| 03/28/2014 | 200 | MEMORANDUM in opposition re 173 Motion for partial summary judgment filed by Collier Anesthesia, P.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Fridkin, Jeffrey) (Entered: 03/28/2014) |
| 03/28/2014 | 201 | ORDER granting in part and denying in part 141 Defendant Collier Anesthesia, P.A.'s Motion to Compel Deposition Answers and Production of Documents at Deposition. The Motion is GRANTED to the extent that on or before April 4, 2014, Plaintiffs' counsel shall produce the documents in compliance with this Order. The Motion is DENIED in all other respects. Signed by Magistrate Judge Carol Mirando on 3/28/2014. (BLW) (Entered: 03/28/2014) |
| 03/28/2014 | 202 | ORDER granting in part 142 Defendant Wolford College, LLC's Motion to Compel Discovery and Production of Documents; granting in part 151 Defendant Wolford College, LLC's Supplemental Motion to Compel Discovery and Production of Documents from Post-Notice Opt-Ins. Plaintiffs shall have up to and including April 18, 2014, to produce the documents. Signed by Magistrate Judge Carol Mirando on 3/28/2014. |

| | | |
|---|---|---|
| | | (BLW) (Entered: 03/28/2014) |
| 03/28/2014 | 203 | RESPONSE in Opposition re 169 MOTION for miscellaneous relief, specifically Strike Defendants' Expert or for Daubert Hearing filed by Collier Anesthesia, P.A., Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rattray, Tammie) (Entered: 03/28/2014) |
| 03/28/2014 | 204 | RESPONSE in Opposition re 174 MOTION for summary judgment filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Rothman, Bradley) (Entered: 03/28/2014) |
| 03/28/2014 | 205 | RESPONSE in Opposition re 170 Final MOTION for summary judgment filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Rothman, Bradley) (Entered: 03/28/2014) |
| 03/28/2014 | 206 | RESPONSE in Opposition re 173 MOTION for partial summary judgment filed by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Attachments: # 1 Exhibit 1, part 1, # 2 Exhibit 1, part 2, # 3 Exhibit 2, # 4 Exhibit 3, part 1, # 5 Exhibit 3, part 2, # 6 Exhibit 3, part 3)(Rattray, Tammie) (Entered: 03/28/2014) |
| 04/02/2014 | 207 | First MOTION for leave to file *Third Declaration of Thomas Cook, M.D.* by Collier Anesthesia, P.A.. (Attachments: # 1 Exhibit Third Declaration of Cook)(Fridkin, Jeffrey) (Entered: 04/02/2014) |
| 04/03/2014 | 208 | RESPONSE in Opposition re 207 First MOTION for leave to file *Third Declaration of Thomas Cook, M.D.* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek |

| | | White, Jamieson Wishman. (Rothman, Bradley) (Entered: 04/03/2014) |
|---|---|---|
| 04/11/2014 | 209 | MOTION to Strike 198 Notice (Other) *Declaration of Dr. Daniel Janyja* by All Plaintiffs. (Attachments: # 1 Exhibit 1 - Fridkin Email dated 1-8-14) (Barack, Ryan) (Entered: 04/11/2014) |
| 04/14/2014 | 210 | NOTICE by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC re 204 Response in Opposition to Motion (Rattray, Tammie) (Entered: 04/14/2014) |
| 04/14/2014 | 211 | RESPONSE to Motion re 207 First MOTION for leave to file *Third Declaration of Thomas Cook, M.D.* filed by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 04/14/2014) |
| 04/16/2014 | 212 | MOTION to Strike 198 Notice (Other) *(Renewed)* by All Plaintiffs. (Attachments: # 1 Exhibit 1 - Fridkin Email dated 1-8-14)(Barack, Ryan) (Entered: 04/16/2014) |
| 04/18/2014 | 213 | OBJECTION re 204 Response in Opposition to Motion, 205 Response in Opposition to Motion . (Rattray, Tammie) (Entered: 04/18/2014) |
| 04/18/2014 | 214 | First MOTION to extend time to Comply with March 28, 2014 Order by All Plaintiffs. (Attachments: # 1 Exhibit A - April 17, 2014 Letter, # 2 Exhibit B - April 18, 2014 Letter)(Rothman, Bradley) Motions referred to Magistrate Judge Carol Mirando. (Entered: 04/18/2014) |
| 04/21/2014 | 215 | NOTICE by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman re 214 First MOTION to extend time to Comply with March 28, 2014 Order *Scrivener's Error* (Rothman, Bradley) (Entered: 04/21/2014) |
| 04/21/2014 | 216 | ORDER granting in part 214 Plaintiffs' Motion for Extension of Time to Comply with the Court's March 28, 2014 Order. Plaintiffs are granted an extension until April 28, 2014, in which to produce documents as set forth in the Court's March 28, 2014 Order (Doc. 202). Signed by Magistrate Judge Carol Mirando on 4/21/2014. (BLW) (Entered: 04/21/2014) |
| 04/28/2014 | 217 | MEMORANDUM in opposition re 212 Motion to Strike, 209 Motion to Strike *Declaration of Daniel K. Janyja* filed by Collier Anesthesia, P.A.. (Attachments: # 1 Exhibit A)(Fridkin, Jeffrey) (Entered: 04/28/2014) |
| 04/30/2014 | 218 | NOTICE OF RESCHEDULING HEARING: The Final Pretrial Conference hearing previously scheduled for 6/23/2014 is rescheduled due to court scheduling conflict. New scheduling date and time: Final Pretrial Conference set for 6/16/2014 at 09:00 AM in Ft. Myers Courtroom 6 A |

| | | |
|---|---|---|
| | | before Judge John E. Steele (BMA) (Entered: 04/30/2014) |
| 04/30/2014 | 219 | NOTICE by Wolford College, LLC *of Potential Conflict* (Attachments: # 1 Exhibit Ex A)(Rattray, Tammie) (Entered: 04/30/2014) |
| 05/02/2014 | 220 | Unopposed MOTION for Robert D. Hall, Jr. to withdraw as attorney by Collier Anesthesia, P.A.. (Rattray, Tammie) Motions referred to Magistrate Judge Carol Mirando. (Entered: 05/02/2014) |
| 05/05/2014 | 221 | ORDER granting 220 Defendants' Unopposed Motion to Withdraw as Counsel. Robert D. Hall, Jr. is relieved from all further responsibility in this matter. The Clerk of Court is directed to terminate Mr. Hall as counsel of record for Defendants Wolford College, LLC, Thomas L. Cook, and Lynda M. Waterhouse, and remove him from all further notices of electronic filing in this matter. Signed by Magistrate Judge Carol Mirando on 5/5/2014. (BLW) (Entered: 05/05/2014) |
| 05/09/2014 | 222 | OPINION and ORDER denying 169 Motion to Strike Defendants' Expert, or in the Alternative, for Daubert Hearing. See Opinion and Order for details. Signed by Judge John E. Steele on 5/9/2014. (MAW) (Entered: 05/09/2014) |
| 05/09/2014 | 223 | MOTION for Attorney Fees *and Costs* by Thomas L. Cook, Lynda M. Waterhouse. (Attachments: # 1 Exhibit 1)(Rattray, Tammie) (Entered: 05/09/2014) |
| 05/21/2014 | 224 | ORDER granting 207 Defendant Collier Anesthesia's Motion for Leave to File Third Declaration of Thomas Cook, M.D., to Correct Doc. 172, By Providing Date of Signature. See Order for details. Signed by Judge John E. Steele on 5/21/2014. (MAW) (Entered: 05/21/2014) |
| 05/21/2014 | 225 | OPINION and ORDER denying 209 MOTION to Strike 198 *Declaration of Dr. Daniel Janyja* and 212 Renewed MOTION to Strike 198 *Declaration of Dr. Daniel Janyja*. See Opinion and Order for details. Signed by Judge John E. Steele on 5/21/2014. (MAW) (Entered: 05/21/2014) |
| 05/23/2014 | 226 | OPINION and ORDER granting 174 Defendants Wolford College, LLC, Thomas L. Cook, and Lynda M. Waterhouse's Dispositive Motion for Summary Judgment; granting 181 Defendant Collier Anesthesia, P.A.'s Amended Motion for Final Summary Judgment; and denying 173 Plaintiffs' Motion for Partial Summary Judgment. See OPINION and ORDER for details. The Clerk shall enter judgment accordingly, terminate as moot all pending motions other than 223 Defendants Thomas L. Cook and Lynda Waterhouse's Opposed Motion for Entitlement to Attorneys' Fees and Costs, terminate all deadlines as moot, and close the file. Signed by Judge John E. Steele on 5/23/2014. (MAW) (Entered: 05/23/2014) |
| 05/23/2014 | 227 | JUDGMENT in favor of Collier Anesthesia, P.A., Wolford College, LLC, Lynda M. Waterhouse, Thomas L. Cook against Billy Schumann, Celine Vidaurri, Christina Vinas, Christopher Jalacki, Christopher M. Bourn, Daniel Penton, Denise Arminio, Derek White, Dustin Abraham, Jamieson |

| | | |
|---|---|---|
| | | Wishman, Jeanie Hakenewert, Jessica Lincoln, Lahoma J. Nachtrab, Lannette Gibson, Lauren Tidwell, Ofelia Biagan, Patrick C. Harrell, Paul Caloian, Rachel Goode, Ricardo Rosado, Richardo Rosado, Sheila Smith, Stephanie Alana Marie Benjamin, Steven Todd Little (Signed by Deputy Clerk) (SLU) (Entered: 05/23/2014) |
| 05/27/2014 | 228 | RESPONSE in Opposition re 223 MOTION for Attorney Fees *and Costs* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit 1 - Email string ending 4-8-13, # 2 Exhibit Comp. Exh. 2 - Supplemental Responses to RFP, # 3 Exhibit 3 - Email string ending 1-13-14, # 4 Exhibit 4 - Amended Responses to RFP from Benjamin, # 5 Exhibit 5 - Documents produced by CAPA 5-14-14, # 6 Exhibit 6 - Defendant Cook's Objections to Subpoena Duces Tecum 12 20 13, # 7 Exhibit 7 - Plaintiffs' Supplemental Documents 2-20-14)(Barack, Ryan) (Entered: 05/27/2014) |
| 06/05/2014 | 229 | PROPOSED BILL OF COSTS by Collier Anesthesia, P.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Fridkin, Jeffrey) (Entered: 06/05/2014) |
| 06/06/2014 | 230 | Verified MOTION for Taxation of Costs by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Rattray, Tammie) (Entered: 06/06/2014) |
| 06/06/2014 | 231 | PROPOSED BILL OF COSTS by Thomas L. Cook, Lynda M. Waterhouse, Wolford College, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Rattray, Tammie) (Entered: 06/06/2014) |
| 06/16/2014 | 232 | RESPONSE in Opposition re 230 Verified MOTION for Taxation of Costs filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Barack, Ryan) (Entered: 06/16/2014) |
| 06/16/2014 | 233 | RESPONSE re 229 Bill of costs - proposed filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, |

|  |  | Christina Vinas, Derek White, Jamieson Wishman. (Attachments: # 1 Exhibit Hussey Depo Excerpt)(Barack, Ryan) (Entered: 06/16/2014) |
|---|---|---|
| 06/20/2014 | 234 | MOTION for leave to file *Reply* by Collier Anesthesia, P.A.. (Fridkin, Jeffrey) (Entered: 06/20/2014) |
| 06/20/2014 | 235 | NOTICE OF APPEAL as to 227 Judgment by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. Filing fee not paid. (Barack, Ryan) (Entered: 06/20/2014) |
| 06/24/2014 |  | USCA appeal fees received re 235 by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman (Filing fee $505 receipt number )(RMT) (Entered: 06/24/2014) |
| 06/25/2014 | 236 | RESPONSE in Opposition re 234 MOTION for leave to file *Reply* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Rothman, Bradley) (Entered: 06/25/2014) |
| 06/26/2014 | 237 | ORDER granting 234 Defendant, Collier Anesthiesia, P.A.'s Motion for Leave to File Reply. CAPA may file a reply brief on or before July 3, 2014, not to exceed five pages; Plaintiffs may then file a surreply brief on or before July 10, 2014, not to exceed five pages. Signed by Magistrate Judge Carol Mirando on 6/26/2014. (BLW) (Entered: 06/26/2014) |
| 06/26/2014 |  | USCA appeal fees received $ 505.00 receipt number FTM006319 re 235 Notice of appeal filed by Rachel Goode, Ofelia Biagan, Lauren Tidwell, Steven Todd Little, Ricardo Rosado, Billy Schumann, Christopher M. Bourn, Lahoma J. Nachtrab, Dustin Abraham, Paul Caloian, Jessica Lincoln, Stephanie Alana Marie Benjamin, Celine Vidaurri, Richardo Rosado, Lannette Gibson, Jamieson Wishman, Daniel Penton, Christina Vinas, Christopher Jalacki, Derek White, Jeanie Hakenewert, Sheila Smith, Patrick C. Harrell, Denise Arminio (PL) (Entered: 06/26/2014) |

| 06/30/2014 | | TRANSMITTAL to USCA forwarding copy of the docket page indicating payment of fees re <u>235</u> Notice of appeal (PL) (Entered: 06/30/2014) |
|---|---|---|
| 07/01/2014 | <u>238</u> | TRANSCRIPT information form filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman re <u>235</u> Notice of appeal. (Nadeau, Michelle) (Entered: 07/01/2014) |
| 07/03/2014 | <u>239</u> | MEMORANDUM in support re <u>229</u> Bill of costs - proposed filed by Collier Anesthesia, P.A.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4)(Fridkin, Jeffrey) (Entered: 07/03/2014) |
| 07/10/2014 | <u>240</u> | MEMORANDUM in opposition re <u>229</u> Bill of costs - proposed *Surreply* filed by Dustin Abraham, Denise Arminio, Stephanie Alana Marie Benjamin, Ofelia Biagan, Christopher M. Bourn, Paul Caloian, Lannette Gibson, Rachel Goode, Jeanie Hakenewert, Patrick C. Harrell, Christopher Jalacki, Jessica Lincoln, Steven Todd Little, Lahoma J. Nachtrab, Daniel Penton, Ricardo Rosado, Richardo Rosado, Billy Schumann, Sheila Smith, Lauren Tidwell, Celine Vidaurri, Christina Vinas, Derek White, Jamieson Wishman. (Barack, Ryan) (Entered: 07/10/2014) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY SCHUMANN, DUSTIN
ABRAHAM, LAUREN TIDWELL,
JEANIE HAKENEWERT, STEPHANIE
ALANA MARIE BENJAMIN,
CHRISTOPHER M. BOURN, DEREK
WHITE, RICHARDO ROSADO,
LANNETTE GIBSON, DANIEL PENTON,
DENISE ARMINIO, OFELIA BIAGAN,
SHEILA SMITH, CELINE VIDAURRI,
CHRISTINA VINAS, RICARDO
ROSADO, PATRICK C. HARRELL,
RACHEL GOODE, JAMIESON
WISHMAN, PAUL CALOIAN, JESSICA
LINCOLN and CHRISTOPHER JALACKI,

     Plaintiffs,

v.                                                                  Case No:  2:12-cv-347-FtM-29CM

COLLIER ANESTHESIA, P.A.,
WOLFORD COLLEGE, LLC, THOMAS L.
COOK and LYNDA M. WATERHOUSE,

     Defendants.

---

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**    This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Opinion and Order entered May 23,

2014, Plaintiffs' Motion for Partial Summary Judgment (Doc. #173) is denied.  Defendants' Motions for

Summary Judgment (Docs. ##174, 181) are granted, judgment is entered in favor of Defendants, and

Plaintiff shall take nothing.

    May 23, 2014

                              SHERYL L. LOESCH, CLERK

                              s/S. Upshaw, Deputy Clerk

# CIVIL APPEALS JURISDICTION CHECKLIST

1.  **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

    (a)  **Appeals from final orders pursuant to 28 U.S.C. Section 1291:** Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

    (b)  **In cases involving multiple parties or multiple claims,** a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

    (c)  **Appeals pursuant to 28 U.S.C. Section 1292(a):** Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

    (d)  **Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5:** The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

    (e)  **Appeals pursuant to judicially created exceptions to the finality rule:** Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2.  **Time for Filing:** The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

    (a)  **Fed.R.App.P. 4(a)(1):** A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

    (b)  **Fed.R.App.P. 4(a)(3):** "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

    (c)  **Fed.R.App.P.4(a)(4):** If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

    (d)  **Fed.R.App.P.4(a)(5) and 4(a)(6):** Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

    (e)  **Fed.R.App.P.4(c):** If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3.  **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4.  **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).