UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY SCHUMANN, an individual, and DUSTIN ABRAHAM, an individual, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.                              Case No: 2:12-cv-347-FtM-29CM

COLLIER ANESTHESIA, P.A., a Florida corporation, WOLFORD COLLEGE, LLC, A Florida limited liability company, THOMAS L. COOK, an individual, and LYNDA M. WATERHOUSE, an individual,

    Defendants.
_____

## VERDICT FORM

We the jury unanimously find by a preponderance of the evidence as follows:

1. The following Plaintiffs were "employees" at some time during their clinical program through Wolford College:

   **Circle "YES" next to each Plaintiff's name who you find to be an employee; otherwise circle "NO." You must circle either "YES" or "NO" next to each Plaintiff's name.

| Plaintiff Name | Employee |
|---|---|
| Dustin Abraham | (YES)     NO |

| Name | | |
|---|---|---|
| Denise Arminio | YES | NO |
| Stephanie Benjamin | YES | NO |
| Ofelia Biagan | YES | NO |
| Christopher Bourn | YES | NO |
| Paul Caloian (Student No. 20) | YES | NO |
| Lannette Gibson | YES | NO |
| Rachael Goode | YES | NO |
| Jeanie Hakenwert | YES | NO |
| Patrick Harrell (Student No. 21) | YES | NO |
| Christopher Jalacki (Student No. 22) | YES | NO |
| Jessica Lincoln (Student No. 23) | YES | NO |
| Steven Todd Little | YES | NO |
| Lahoma J. Nachtrab | YES | NO |
| Daniel Penton | YES | NO |
| Ricardo Rosado | YES | NO |
| Billy Schumann | YES | NO |
| Sheila Smith | YES | NO |
| Lauren Tidwell | YES | NO |
| Celine Vidaurri (Student No. 24) | YES | NO |
| Christina Vinas | YES | NO |
| Derek White | YES | NO |
| Jamieson Wishman | YES | NO |
| Michael Woodland | YES | NO |
| Jessica Zocoli (Student No. 25) | YES | NO |

(YES circled for all entries)

If you have found one or more of the above Plaintiffs to be employees by circling "YES," proceed to question two. If you have not found any of the above Plaintiffs to be employees, this ends your deliberations and you are to proceed no further except to sign and date the Verdict Form.

2. As to those Plaintiffs who were found to be employees in question 1, we find the number of hours that each worked each week during the clinical program to be as follows:

| Plaintiff Name | Number of Hours Worked Each Week |
|---|---|
| Dustin Abraham | 20 |
| Denise Arminio | 20 |
| Stephanie Benjamin | 15 |
| Ofelia Biagan | 15 |
| Christopher Bourn | 30 |
| Paul Caloian (Student No. 20) | 30 |
| Lannette Gibson | 30 |
| Rachael Goode | 20 |
| Jeanie Hakenwert | 30 |
| Patrick Harrell (Student No. 21) | 20 |
| Christopher Jalacki (Student No. 22) | 20 |
| Jessica Lincoln (Student No. 23) | 30 |
| Steven Todd Little | 20 |
| Lahoma J. Nachtrab | 30 |
| Daniel Penton | 15 |

| | |
|---|---|
| Ricardo Rosado | 30 |
| Billy Schumann | 30 |
| Sheila Smith | 30 |
| Lauren Tidwell | 20 |
| Celine Vidaurri (Student No. 24) | 15 |
| Christina Vinas | 20 |
| Derek White | 30 |
| Jamieson Wishman | 20 |
| Michael Woodland | 20 |
| Jessica Zocoli (Student No. 25) | 30 |

Proceed to question three.

3. As to those Plaintiffs who were found to be employees, the following Defendants were their employers:

**Circle "YES" next to each Defendant's name who you find to be an employer; otherwise circle "NO." You must circle either "YES" <u>or</u> "NO" next to each Defendant's name.

| Defendant Name | Employer | |
|---|---|---|
| Collier Anesthesia, P.A. | (YES) | NO |
| Wolford College, LLC | (YES) | NO |
| Thomas L. Cook | (YES) | NO |
| Lynda M. Waterhouse | (YES) | NO |

Proceed to question four.

4

4. The conduct of the following Defendants who were employers was with either knowledge of or reckless disregard to the FLSA's requirements regarding minimum wage and overtime:

**Circle "YES" next to each Defendant who you find to have been an employer and whose conduct you find to have been with knowledge of or reckless disregard to the FLSA's requirements; otherwise circle "NO." You must circle either "YES" or "NO" next to each Defendant's name who you found to be an employer in question three.

| Defendant Name | Willful | |
|---|---|---|
| Collier Anesthesia, P.A. | (YES) | NO |
| Wolford College, LLC | (YES) | NO |
| Thomas L. Cook | (YES) | NO |
| Lynda M. Waterhouse | (YES) | NO |

This ends your deliberations and you are to proceed no further except to sign and date the Verdict Form.

Please have the foreperson sign and date.

So Say We All.

Foreperson's Signature: _____[signature]_____

Date: 5/4/17