THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY SCHUMANN, DUSTIN ABRAHAM,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.                                       Case No. 2:12-cv-347-FtM-29CM

COLLIER ANESTHESIA, P.A, a Florida
Corporation, WOLFORD COLLEGE, LLC, a
Florida limited liability company, THOMAS
L. COOK, an individual and LYNDA M.
WATERHOUSE, an individual,

    Defendants.

_____/

**ORDER ON MOTION FOR APPROVAL OF SETTLEMENT**

THIS CAUSE is before the Court upon the Parties' Motion for Approval of Parties' Settlement Agreement, D.E. 410, filed May 2, 2018.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. This action arises out of Plaintiffs' alleged employment with Defendants. Plaintiffs filed their Complaint on June 29, 2012, alleging that Defendants violated the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"). D.E. 1. The Parties have now reached a settlement and seek approval of their Settlement Agreement, attached as an exhibit to the Motion. D.E. 410-1.

The Court has reviewed the Settlement Agreement and finds it to be a fair and reasonable resolution of the Parties' dispute. *See Lynn's Food Stores, Inc. v. United* States, 679 F.2d 1350, 1354 (11th Cir. 1982). Accordingly, it is

**ORDERED AND ADJUDGED** that:

(1)  The Motion, D.E 410, is **GRANTED**;

(2)  The Settlement Agreement, D.E. 410-1, is **APPROVED**,

(3)  In accordance with the terms of the Settlement Agreement, the Individual Defendants, Dr. Thomas Cook and Ms. Lynda Waterhouse, are dismissed as parties *with prejudice*,

(4)  Plaintiffs will file a Notice of Satisfaction of Judgment upon receipt of the sums due under the Agreement, and

(5)  The Court will retain jurisdiction for a period of thirty days to enforce the Agreement after which time the Clerk will be directed to and will close the file.

(6)  The Clerk shall terminate all pending motions and deadlines.

**DONE AND ORDERED** in Chambers at Ft. Myers, Florida, this  3rd  day of May, 2018.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE